

**Title:** Melody Shari Rodgers Melometer lawsuit update! Melody & Martell cease and desist not in trailer 7

**Location:** https://www.youtube.com/watch?v=Qego-grpfo8

**Date:** April 21, 2024

0:00

people love playing with me but hate it when I play back what goes around comes

0:07

around [Music]

0:44

hey Perry what's up listen I don't have a minute to spare because it's so much I

0:49

just want to get right into it [Music]

1:08

hi everybody how are you today hello I got a special

1:16

guest uh Perry will be with us I don't know where he is but he'll show up when he ready uh but we got a lot to talk

1:23

about today uh I'm gonna put as much information into this video that I can because I'm going to be covering another

1:30

case starting tomorrow so I don't follow love and& marriage Huntsville fulltime

1:35

so uh only when there's tea and there's a lot of it today right too much well

1:41

I'm glad you can make it Mr hey bar hey what's up look all

1:47

right how are you hey good bro all right you guys so let me get started so

1:52

yesterday or has it been the last no yesterday no the last two to three days have been a complete [ __ ] show uh when

2:01

it's coming to me reporting about love and marriage Huntsville um I've been dissuaded a lot of times a lot of people

2:08

try to just try to make me not talk about it anymore you don't watch the show why are you do I block it out I

2:16

don't give a damn what you say I'm covering the drama of the show and I

2:22

don't have to watch one single episode I I refuseed to do that too but ultimately my goal was to create a place that

2:30

people who felt that they were being bullied can come and talk so I was watching Anthony's Channel last night

2:38

and people were talking about how they like Martell or how they wish you know they see any growth and just speak in

2:45

their mind it was beautiful it was not all them Mel leaders clogging up

2:50

the listen I I was so much in love with the way that it went last night on

2:56

Anthony's channels that I'm starting a fan club called Martel omers okay this

3:01

is going to be Martell's Place uh you gonna get lots of love over here just

3:06

because I can just because I can't but a lot of people went crazy yesterday um with

3:14

these videos I don't know what she's talking she don't know what she's talking about this and this and

3:19

that let me share this with you guys so I was talking to one of the people who

3:24

were upset that I read a government document a government document somebody said that

3:31

ain't even my real name that's what's on the paperwork so if you have a problem

3:36

with that you need to go down to the records office and have them change it but I was talking I was getting ready

3:44

to take this channel down right I take this girl's Channel down and she had the
3:51
video on her backup Channel and I went over there and I just happened to see
3:56
she was blogging her life over there and she had a little baby and she looked like a single mom and I
4:03
thought you know that she didn't have a lot of followers but it's every uh subscriber
4:10
count doesn't it Anthony is like it's really hard to do and and what people don't realize is that when you get your
4:15
channel shut down it's not just the main Channel and then you can ride go over to your backup
4:22
channel that IP address is blocked so that means all of your channels go down
4:31
and I said to her I said girl what are you doing I Saidi was going to you know
4:38
fight you back but you have a baby and I looked up your trademark your Channel's
4:44
not trademark your name's not trademark your picture's not trademark you don't have a
4:51
LLC I said you need to go to Legal Aid and get all that stuff so what my point
4:56
being is that a lot of these people are in their 20s and 30s they're not thinking business they're thinking with
5:03
their heart if you don't have your trademark somebody can buy your name and
5:09
close your channel down if you don't have a LLC they will
5:15
bankrupt you because now that money's coming from you so it it really
5:21
is crazy that some people aren't advanced
5:28
in this game to even understand what you're doing it's more than just getting
5:33
here and draging you I'm going to drag you and drag that what it's not about the drag it's about
5:41
whenever you get a damn lawsuit even if it's frivolous because
5:47
this $10 million lawsuit is frivolous but the woman that filed the lawsuit is
5:53
an attorney so while you have to get an attorney you have to file motions she
5:59
could put anything she want cuz this is free and then she's hoping that one of

6:04
y'all dummies miss a filing date and then she wins by default how do I know
6:11
this this happened to me before you don't fight an attorney
6:16
without a lawyer so much going on so but Anthony you've been in the business a
6:22
long time I've known you a long time you're well connected you know very well about lawyers what
6:29
dat what's going on and how are F go ahead so thank you for letting me come
6:35
on let me give you an update about this situation okay all right because I know you don't follow the love marriage
6:41
hunsville um platforms and the everything that's going on the end and outs okay so granted you only read what
6:49
was on the paper okay you just only saw the documents right and I know for you I listened to a few videos people didn't
6:55
like that my name wasn't called on there but I'mma say this I feel this is my
7:01
honest opinion I honestly feel like the people that are involved they should have the same access to see what all has
7:08
been filed because I literally get emails right now of some of the defendants that are on there saying like
7:16
you have by such and such time to respond and I know quite a few people
7:21
that are like I'm not paying this no attention I don't care about this wrong
7:27
mindset please care about it I wouldn't wish this on my worst enemy because granted if you don't it would be a
7:32
judgment by default I can't give you legal advice I can only speak of stuff that I know and I'm not telling you
7:38
to just saying so the thing is there was
7:43
a person that was going on so many different platforms right and honestly
7:48
they got their opinion opinion like everyone else um I don't know if the individual still goes on other people's
7:55

platform they're none of my business but I can only speak for me because if you see what I found hopefully the people
8:02
that are are a part of that lawsuit go look and see exactly what I found because the
8:09
complaint it give exact dates of some of the other defendant or if they did this
8:15
all right I can't say if they did it or not I don't think I can say look I don't got nothing to do with it I fil my
8:20
motion and I'm just gonna leave it like that but the thing is I put proof in exhibits to show me myself and I got
8:27
nothing to do with this so so if you go to
8:33
um page five of this complaint that's public records right if you go to page
8:39
five and look at the first paragraph on C it says um plaintiff is a federal
8:45
attorney licensed in the US District and what the district is Right PL to visited
8:51
YouTube content creators channel to discuss current events and analyze a television show love and marriage
8:57
Huntsville on the OWN network work/ disovery Warner Brothers plaintiff only
9:03
provided her first initial and last name and ask for YouTube content creators to
9:09
refer to her as Anonymous so in this complaint you just
9:16
told everybody that you provided your first initial and your last name on
9:22
social media so I can't speak for nobody else but you put your own information
9:28
out there M now if you go on into this complaint um I highly tell the other
9:36
content creators like you all really need to pull the files and see what all has been filed if you look at the
9:43
document that I put up clearly you can see there are two different
9:48
stories look at the complaint that was filed and then go look at the police report that was
9:55
filed it's everything is out of order so if you look at certain things when it had my name on it only
10:01
said July 2023 but if you look at everybody else's name it says the exact date like I'm

10:10
just going to say let's just say it was January 1st of 2024 it can have the specific date now we know how YouTube
10:18
work you can't get somebody's information and their identity just because they're a subscriber YouTube
10:23
don't give you that information now
10:31
the story on the police report it starts off a certain way but
10:37
then if you go to the complaint the names change it's almost as if a person
10:42
can't remember their lie now I do know U last night on my channel they were saying that and I'm G
10:49
say I'mma say his name they said that the person was on Chef dund dun's Channel and allegedly admitted that um
10:56
they were told to run background checks on the content creditors right now I don't know the validity in that and I
11:03
can't say if that's a lie or if it's true however if that is true I'm hoping
11:10
that the individual who I'm hoping that Chef dund would keep that clip to show
**11:16**
proof because if you don't have it what and say well your honor da d da what the first thing the judge is going to say
**11:22**
prove it to me show it to me let me let me put it in layman's turn so everybody
**11:27**
understand you're saying the person that filed this lawsuit is an attorney and the lawsuit makes no sense exactly but
**11:35**
in the lawsuit it had certain dates that you had to file certain things and the
**11:40**
reason I didn't mention you yesterday is because you're not a part of that lawsuit tell them why because I filed a
**11:46**
motion to be dismissed and I provided the proof and the evidence of why I should be
**11:52**
dismissed and I have absolutely nothing to do with this everything is basically he say she say or I believe you that's
**12:00**
not goingon work in the court of law you can't say I believe this if there's no proof or no facts to prove it then not

12:07
only that Anthony you are not obligated to tell them that they miss filing a
12:12
motion the these people did not take this lawsuit seriously they ignored it
12:18
and thought they didn't have to do anything about it that's the oldest trick in the book for attorneys now
**12:25**
given the real that's on Terrence Terence Smith oh God I'm sorry it's public record but but the thing is let's
**12:32**
really be honest right there that's not his name that is not his name at all but
**12:38**
am I responsible for that I no because you was only reading the court document okay it's right but the thing is
**12:45**
Terrence even said look that's not my name so it's like it show you how much
**12:51**
the lawsuit is even more it's like you don't even have the people's correct information and fing stuff and it
**12:57**
doesn't even make sense now that person that you just mentioned a lot of people made videos yesterday
13:03
saying oh you got it wrong you don't do your research being so so immature and
13:09
naive and not realizing what's going on I could read a document if I want to I
13:16
don't have to contact anybody and tell when I do the P didy case I didn't call P Diddy like can you give me your side
13:22
of the story give me permission to tell that what you're in a lawsuit I'm don't get mad because it's
13:29
so immature like you did me wrong you made name my name no the person that
**13:36**
sued You Did You Wrong and even though you feel like the lawsuit is frivolous you still have to respond but because
**13:43**
you didn't you could lose this case by default y'all need to get y'all some
**13:49**
attorneys and open some damn books and realize what's going on this ain't no damn game this ain't no game now I can't
**13:57**
speak for the other content creators because I don't know what exactly happened on their channels I don't know
**14:04**

that's not my call I can only speak for my name so if you're looking at a complaint and you

14:11

see so many D I'm going read read this off hold on let's read it off a little bit because I want people to see well

14:25

listen this is saying um

14:32

it's saying Mr Anthony L dots me on July 2023 per

14:39

intelligence what what is that

14:46

um this next person that's a content creator um it says when talk and drop

14:53

the mic allow panelists to dox me publish my government name and information but the thing is you're

15:00

saying that they publish your government name and your information when you clearly go to the fifth page and say

15:07

that you use your first initial and your last name on social media so not trying

15:13

to take up them but I'm curious like how can somebody publish your government information if you publish for the world

15:18

to see so let's go ahead and move forward you're reading what's in the comp this

15:24

I'm reading what's on the paper so um prosperity on thick girl and then they

15:30

bring up Chef done done continue to Doc plaintiff on evening 72823

15:36

8223 12723 12223 then it came from another content

15:42

creator 11523 116 23 11 13 23 11 21 23

15:48

19 no 12 9 23 12 10 23 12 20 23 1222 23

15:54

then it moves on to another 12623 128 23

16:00

like but but that's done on purpose so you can forget a date it's like a barage

16:07

of stuff they're just throwing at you ites right I mean to me the case didn't make sense but you just touched on

16:14

something because my wife got charged with well you know people saying oh I'm

16:20

upset because she said I dock somebody we didn't say anything my wife did not

16:26
write that complaint she did not file that lawsuit suit and be honest with you
16:32
just talking about the lawsuit wasn't even important we were just saying the chaos that's going on with love and
16:38
marriage Huntsville so when we just happen to go down that's why she didn't go into detail of the full lawsuit just
16:44
gave some of the names just the first name then you get people who come back and say oh well huh that person
16:50
mentioned my name and it w me if it wetting you you know you haven't been sued and if it's not your name you good
16:57
but on the documents my wife didn't just make your name up she just read whatever
17:03
that was there so I think people so uptight and nobody called you guys
17:08
millimeters that's in the lawsuit and it was it was another
**17:13**
<mark>blogger um Pretty Brown Eyes they</mark>
17:22
pretty F you're fading in and out
17:27
so goad I good so even with the um the
**17:32**
<mark>Blogger pretty BR eyes if I'm not mistaken pretty BR eyes won her</mark>
**17:40**
<mark>case with a frivolous lawsuit okay like it's the thing is like</mark>
**17:46**
<mark>she had to file the paperwork you couldn't just sit up here and say oh I don't take this seriously no the thing</mark>
17:52
is the paperwork is being filed in a serious manner like it's really court documents you have to read this stuff
17:57
don't sit up here and say oh I don't care about this if you get these deadlines please try your best to meet
18:02
those deadlines I don't even care if they don't like me but like for real it's going to be a judgment by default
18:07
that's what it's basically trying to be that's in my opinion so it's it's ridiculous you got to F
18:16

your law you got to follow through or you're going to end up with a default judgment it's not
about who can read the
18:22
best it's not about you did me wrong because I have no obligation to call
18:27
nobody it's immaturity at his finest
18:32
listen y'all keep missing them dates he she I wouldn't have told you anything so y'all should be
nice to Anthony I would
18:38
have let y'all miss the dates but just because you feel that the lawsuit isn't valid doesn't mean you
can just
18:46
ignore it because one day you gonna go to buy a car and they gonna be like you got a judgment
now I do have to say this Shel
**18:54**
==um Emperor radio did not have anything to do with this okay who Empress like==
**18:59**
==she didn't have she did that was so and I I don't know where that came from but==
19:05
um I guess she had an issue or whatever I don't know but with this situation
19:10
this matter right here it literally had nothing to do with Empress at all and and I don't want to say
anything bad
19:16
about her so let's just try not to mention her name okay it is what it is and we have moved on so
uh but yesterday
19:24
was for the uh the the the drama immaturity the immature people the
19:31
people that want to want to read want to play go you go do that you do that all day but we over
19:39
here trying to tell y'all y'all about to get lose by default okay because you got
19:45
to follow those case and that's the worst thing when an attorney sues you it
19:50
costs them nothing you the only one coming out of pocket it cost them Pennies on the dollar it's
gonna cost
19:56
and like unless you know termin and know exactly what to do yeah then but if you
**20:02**
==don't get a Rainer find somebody so you're not before I move on you are not==
**20:07**
==a part of the lawsuit anymore you did what you had to do you approached your attorneys y'all==
==filed a motion and you==
**20:13**

have been legally dismissed process is already filed I'll send that over to you good all right
**20:19**
that's why I didn't mention you yesterday like he out of it congratulations uh on having an
attorney
20:25
like when you're a blogger you just need an attorney by your side at all times because all kind of
stuff pop off all
20:31
kind of stuff pop off but these people they didn't even have like a lot of them didn't even have
their name trademark
20:37
let alone a LLC it's really crazy now I want to get into some rumors here because I am openly
saying I can't stand
20:45
the millimeters they're immature they're childish and they're not going to make
20:50
me think like them do what they want me to do they are a bunch of people that hate Martell oh
by the way I started a
20:56
new fan club it's called Martel omers that's what we are over here we are Martel Omer we love
Martel ain't
21:04
nothing y'all can do about it but with that being said all kind of
21:10
craziness popped off all kind of rumors are going on this is a [ __ ] show and a
21:16
mess yes I know Anthony we've been friends for years about couple years
21:22
I'll if I get some information I'll call him sometimes be like is this going on there's different
people talking to him
21:27
different people talking to me that show is a mess according to the rumors they
21:34
all feel isolated they feel like Carlos king is not giving them enough attention
21:40
and to be quite frankly they do not like Melody yeah I mean you know basically
21:45
that show they don't feel supported let's keep it real from Carlos they don't feel supported they
don't feel
21:51
supported by own you know and people go oh well you don't even watch the show
21:57
no the work or Carlos are not giving me a reason to watch the show Carlos G me a
22:02
reason to watch the housewives okay I mean I can't disagree with that
22:09

yeah I'm just simply saying that I can see how the cast cast uh members feel this way like if you sitting
22:17
there your own producer ain't you know trying to Market you and you see him
22:22
it's almost like you know you're supposed to love your kids and you you got five or six kids of your own but you
22:28
ignore them and go and play with the neighbor kids every day
22:35
ridiculous it don't make sense to me and I think the problem they got with mail
22:41
on the thing um it's a lot of shows that when they have people on the show remember like uh I think it was uh Mar
22:48
the medicine when you a soall producer and on the cast it s of cause a problem so if M got
22:57
all this pool it's cause a problem because now the rest got to say it
23:03
caused a problem but this is what I think uh there's a lot going on I think that Carlos was getting dragged and he
23:09
tried to uh better the show what are all the rumors that you're hearing Anthony
23:15
about this show as right now I know um what I've
23:20
heard that basically Martel has been in he he want his life to be really filmed
23:25
his real life not people tell him to find a woman to film with what else
23:32
because last year they set him up with shereé that was fake as can be right that's what I heard yeah that's
23:39
what we hearing what else you are you hearing um I'm hearing that basically
23:46
melan is upset that Destiny is back on the show and it's been some stuff going
23:51
around about people fing stuff with HR don't know the and out to that oh
23:57
they got intern drama wow go ahead why wouldn't why wouldn't she want Destiny on the show why
24:03
not I think it's maybe maybe because of a comment that Destiny made I think she said that her mother was pimping her out
24:09
or something like that um what

24:15
else and I think I honestly feel like it's a lot of you know what maybe
24:20
wanting people to pick a side and not be loyal to Martel yeah that's my opinion
24:26
so yeah now we hear a lot these rumors going around now before I say talk about
24:32
this rumor I'm going to tell you people couldn't stop talking about Arion and
24:39
Knox they couldn't they couldn't get enough she's this she's that that's not the baby she wrong but when the rumors
24:47
fall on Martell and Melody all of a sudden you talking about a child you talking about child you was talking
24:53
about a damn child too so y'all telling me that I can say all the stuff I want
24:59
about Arion and Martel but Mel is off limits have you heard these rumors about
25:06
this paternity test and the baby tell me what you heard about that I heard that
25:12
there was a DNA test but nobody will answer the
25:17
question I heard there was a DNA test and I'm wondering because the people I'm
25:23
hearing from they they don't it's like they are under some kind of contract not to tell us do you think that Carlos
25:29
would do the right thing and put that on the show and stop trying to Port portray
25:35
uh Martel in a negative light and just let it be what it is will he ever do
25:41
that I doubt it it is what it is but I'm G to tell
25:48
you what the rumors are so that's the rumors am I talking about a child about the same way I was talking about arion's
25:54
child we have a right to know question wonder about the
26:01
paternity uh hi beatric she says I think melie paid Destiny hush money I don't
26:06
know but I will say this because we are talking to separate people there is so much controversy between the castmates
26:13
it's not even funny do you get that too Anthony oh yes I know it's a lot a lot I
26:20

mean this is supposed to be a television show and y'all supposed to do like they do on Married to Medicine fight on the
26:25
air and then when y'all get off be like girl that was so funny when you said this no they taking it to heart and
26:32
trying to hurt each other what's wrong with this is the worst cast ever but I think that it stems with
26:39
melan I feel like I feel like people look at Melanie as she can do no wrong
26:44
no one is perfect um especially with the situation you know I got that's about to be in the process with her and I'll send
26:51
that over to you go ahead tell talk about your situation with Melody you know she basically went live on her
26:58
social media platform accusing me of committing crimes you said I was stalking you and then you also said that
27:05
I was endangering children not only that you told the world and all these people
27:11
that was watching to basically I need all of the mandated reporters if you are a mandated reporter reach out to me
27:17
because you got my address and where I work at and the location and we can make the phone calls tomorrow meel you heard
27:24
that Melody said that no it ain't no she said it she said that now on top of that
27:30
you told people to unsubscribe from my channel if you follow me on you will
27:36
unfollow him or whatever she said in that in that sense but my thing is number
27:41
one ain't nobody ever stalked you I don't I don't know you I never met you
27:46
before number two I don't work with children at all so you don't put multiple lies out
27:55
there but speak on that paperwork that you got from the attorneys and let everybody know how many laws you broke
28:00
I'll send it over to you I would send I would send all six
28:06
pages for you to read every last law that was broken do you hear about any ceas and assist going on behind the
28:14

scenes quite a few it's crazy it's crazy it's all over
28:19
the place but she doesn't want to talk about it when you tell somebody they are mandated reporter and go over to
28:25
somebody else's comment section listen I used to feel really sorry for Mel till I realized she was a damn
28:31
manipulator okay when I couldn't say hey Martel if he wants to be a dad let him
28:37
be a dad she sends them all to my comment section no girl you playing head games so just because I don't even watch
28:44
the show like that but because I don't want anybody controlling what I say or do this is uh my meter heaven let me
28:53
explain to you what I do far as like work I help people with autism with
28:59
disabilities and for you to sit there and put out that somebody is endangering
29:04
children when you got someone that's literally s here doing assessments helping families if they were to pass
29:10
away right now what would happen to their loved one to make sure they're okay I literally sit here and talk to
29:15
parents every day dealing with their loved ones saying look they're not going to bring in enough money um we need to
29:22
find a housing for for the person okay you need Discovery you need exploration
29:27
um are they getting any type of SSI food stamps for people with disabilities trying to help them get jobs when people
29:34
age out of DCs and they don't have nowhere for them to go I help find placement for adults for and for you to
29:41
go out there and challenge my license to business to basically sit sit up here and say that I'm in danger of people I
29:47
have a problem with that only a evil person in this world would sit up there and do something to an individual that's
29:53
helping people with disabilities and but you're the main person C the person you're against abuse not only that there
30:00

was another member that came on in my chat said she made fun of her disabled son but let me address this really quick

30:07

Perry before you talk uh the very very mature Evelyn Phillips said shut shut up

30:14

you just don't like M if Mel leaves the show it will end I appreciate your

30:19

comment now get the hell out my chat and I don't ever want to see you again well no and the fact is you know

30:28

if we don't like M we have our reasons like you got your reasons to like her

30:33

nobody had no bones to gripe with Mel and like my wife said used to feel bad don't interviewed her and just because

30:41

we didn't look at her as being perfect the perfect victim not saying she wasn't a victim of being cheated on and things

30:47

like that but she ain't the perfect victim when we said that hey she still might want to reconsider and least try

30:54

to work it out to have the father of their kids in their Liv was wrong at that point we became marel lovers male

31:02

haters and to have people come over the flood when you have an adult

31:09

conversation just because a lot of these people and when I say melan nators the ones who going hard and don't have a

31:16

open mind to see what's right or wrong because to some millimeters M can't do

31:22

no wrong and trust me it's going to come out

31:28

if if it don't come out I greatly come back remind me in a couple months to say hey I apologize it didn't come out that

31:34

M got a dark side that these people choose to overlook you got a story on how she you

31:41

know try to damage you I think Mel has a ego and would damage a lot of people but

31:48

she hide it under the cute face and the uh trauma she went through by being

31:54

cheated on if I hear that one more time there's a lot of people out there that

32:00

right now if I said you know I mean because really to me m has even even if

32:06

they had a bad relationship and they moved on B and and my opinion is
32:13
successful she's doing well why keep you know fighting with
32:18
Martel and I think it's on both of them as a Dos I think both things to Trigg each other so I'm not picking one side
32:24
other but I'm not GNA exclude her from the equation and say is all Martel
32:30
F I'm not I'm not and and that's that's what it boiled down to people say what
32:35
do you have against Mel I don't have anything against Mel I don't know Mel
32:41
but when you start sending your cult over into my chat because I said I like
32:46
Martel something wrong with you telling people that they're mandated reporters and you got to go report
32:52
you're coming after the blogs girl you think we gonna sit here and just let you come for us when we know you got a whole
32:59
bunch of damn Secrets okay I plan on cover I don't even want to watch this
33:04
show but because people are trying to take away my right of freedom of speech
33:11
now I got to put it on the damn docket so I don't know I'm not going to cover it every day but I'm gonna cover
33:16
it when I can and for sure I'm gonna uh start dropping the drama the T what's
33:22
going on behind the scenes because I I when I last checked we had four children
33:28
not five I am not related to you and I'm not your child I can do whatever I want
33:34
to do and you can go talk to your damn cult
33:39
and give them instructions on what to do but I'll tell you this y'all want to play dirty you think you the only one
33:47
y'all need to leave me alone I ain't playing with none of y'all I support Arian team
33:52
Arian team Martel girl I tired of you crying dragging this [ __ ] out for three
33:58
four damn years not seven somewhere around there a long time not letting people get move on you want the same
34:05

storyline every year because you throw the rocking hiide your hand let's beat up on
34:11
Martell and other people Destiny and all them other people let's beat up on them
34:16
make them you know look bad so y'all don't look over here but not only that how do you be okay with watching people
34:24
bring down try to bring down stormy business campus Beauty to sit up here and say okay you see what they're doing
34:30
to her brand but it's okay for everybody to sit up here and go support what you got going
34:36
on I don't like her I ain't gonna never like her she's a manipulator and guess
34:41
what I don't have to like you not at all and guess
34:46
what I'm a blogger did you know it was against terms of service to send anybody
34:52
anybody's chat you ought to be ashamed of yourself oh I didn't do anything I
34:57
don't know why everything God bless you God girl you are a fake and a fraud and
35:03
that's the part I think because she's really smart in my opinion I think she's smart enough to know how to manipulate
35:09
people and keep her fingerprints off what happens I think she got this coat
35:14
like leadership that she could guide her flock to do the things so her hands
35:20
aren't actually on it throw the rock listen I think that natavia got caught
35:26
up in her we that's uh when Tay talks cuz I told you
35:31
she has a small house and there's nothing wrong with that but I'm saying there's a different
35:37
tax bracket between her and Mel and she just thought she's on TV she's famous
35:44
she's beautiful I want to be her and so you just the ring leader you
35:51
gonna do whatever she tell you to do girl I'm so disappointed in you T I don't ever want to see you again natavia
35:57
and I'm just disappointed in you girl you from you from um Detroit you supposed to know when you getting
36:05
ConEd let me read this really quick let's not forget the video of physically

36:12
oh oh yeah yeah yeah yeah listen it's all kind of stuff out there so has anybody on this panel heard about uh
36:21
Melanie blackmailing Martel for the kids could
36:26
come on the show or something like that has anybody hear that something like this have you something with the charges
36:32
she got pressed against him that she would drop the charge now I don't watch the show so if I'm wrong I'm just giving
36:37
you the general perspective that I'm you heard yeah that she is willing and no first she don't want him to be around
36:43
him because he got these cuckoo problems and not safe around the kids okay but
36:50
and she don't want her kids in danger which any good parent should be that way but when you willing to drop it just to
36:56
have the kids on so to have the kids on you would put your kids in danger and
37:02
let him hang out with a cuckoo bird right it's almost like when people send their house to Diddy's house send their
37:08
kids to didy just saying I like who does that but either way it doesn't make
37:13
sense to me and I think I it's the weirdest thing me you
37:18
debate this I think part of her still want Martel if not I think she's so successful she would have just moved
37:25
on I don't know per I don't it I'm more I'm more I don't really care I'm more
37:31
disgusted in her behavior for three years right right right for three years and and it doesn't
37:37
give a damn about anybody else but herself you know when you make fun of Martell and you tell everybody what a bum he is that's is those children's
37:44
father what are you doing I was told the exact message was if
37:52
you I I was told they said the message said if you um I will drop the I will
37:59
drop the abuse charges if you allow the kids to be back on television and on social media that's blackmail okay now
38:07

think about that now just that statement alone what make her a better parent than Martel if
38:14
that's true I know him being a parent has nothing to do with his relationship with
38:22
Mel people cheat all the time but they still love their children and who plays head games with
38:29
their kids who use their kids as bargain as a bargaining tool like it's so much
38:35
about this chick I don't like it's not even funny did she do anything to me no
38:40
what made me realize she was a bad person was those psychopath the cult
38:46
that she created that they call themselves The melom Meters coming over here every time I just said something
38:51
nice about Martel they want me to say we hate men and all men are miserable and
38:58
men don't take care of their kids and hate ha and men men and more men I'm not
39:03
one of those type of women I have a husband that I've been married to for 34 years I have
39:09
boys I have grandchildren boys y'all want me to go around tell how everybody
39:14
how men ain't [ __ ] no your man ain't [ __ ] because you picked the wrong one but not everybody do that and I say this
39:22
to sh like I'm GNA say this when we talking about this laow case I don't think male is the kind of person that
39:30
would put her kids in danger I think male love her kids I think she's a good mother and like I'm just saying from the
39:36
outside this is what I see so it wouldn't make sense for her to file that report then turn around and say I'mma
39:42
save my kids from danger but if they can come on TV they can go to Danger every weekend every other weekend I don't
39:49
think she would do that but lie and and and try to keep going
39:56
back for with Martel like I said I think it's both of they fault I think both of them go tip for tap I mean the judge did
40:02
say that I guess they said Martel had the better interest for the children but
40:09

both parents were at fault not just one specifically but both parents she put him in that predicament the way oh the

40:17

birthday party's over here and you ain't allowed to like she wasn't trying to co-parent with

40:22

him the the evilness the manipulation is what I can't understand so what made me

40:29

start not liking Mel because she came on my show and I interviewed this woman and

40:34

I was like oh oh it'll be all right like everybody she loves the attention oh he cheated on you she G act like she a

40:41

little baby oh it be all right and I was one of those people then I was like well girl that happened two years ago then

40:47

three years ago now we going on four years and you still want everybody to cuddle you because you were cheated on

40:54

and you know everybody saying that in this trailer the most important thing is

41:00

Marcel said saying something do you know about that Anthony Marcel made a comment

41:06

on the trailer basically saying that this is the man that you had three kids with and then he tried to come back say

41:13

like four um that's what everybody has been talking about him basically alleging that she only had three kids

41:20

like maybe the last child Ethan martos allegedly that's what they're saying yeah and even on Tasha K show I think

41:27

when did an interview that but now I get it and I said it's two wrongs on both sides I

41:33

think he play certain games I think he go low too so he could have said that

41:38

just to throw a dig back at her we don't know but end of the day I think they

41:43

both know the fraternity of the baby you know what I'm saying you know because I think

41:49

a lot of this go to the public plan of public game the other but at this point

41:55

since they gonna talk about all the things Martel don't do in the rumors we could talk about those rumors it's a lot

42:03

of rum now so all season I'm gonna give

42:08

Melody what she wants I'm just gonna flip it I'm not gonna say nothing nice about you and I'm
team Martel period you

42:16

want to bring out people's flaws let's bring out your flaws because we got a lot I'm just gonna
start dishing it out

42:21

week by week because girl you need to grow up I've always said I'm team the show I'mma give a
person when it's due

42:28

but as of right now she don't really have nothing good coming for me right now I also hear that
they going to be

42:34

other story lines this season who do you think they're talking about which one

42:39

are you talking about far as like since Destiny's coming back they're talking about her producer
Sunny married her

42:46

ex-boyfriend now okay so you know how Okay Shar y'all know how reality TV is

42:52

when it comes to cast members each person have their own producer right right right so um if
I'm not mistaken

42:59

Kiki her producer was Jordan last season and I think Destiny's producer was sunny

43:07

so basically what's going on they saying that Sunny married Moses that's her

43:13

exboyfriend and Destiny is saying that basically she was talking to Sunny about I guess things
that was going on in the

43:18

relationship she was thinking that she was building a relationship with um with sunny everyone
know the goal of producer

43:24

their goal is to gain your trust to make you think and believe that you all have a friendship oh
that's scam so now

43:31

Carlos brought sunny on the next season sunny and Moses will be on there and

43:38

basically Destiny is going to have I guess a Ponderosa with sunny and

43:44

Moses but he said that she's more transparent this season so let me say this to Carlos King I've
been dragging

43:51

you I think you've been putting out shitty shows you're produ you dro the ball of produc see uh
Love and Marriage

43:58

Huntsville you're all up in the housewives business but Carlos King if you give us a good season I will

44:04

acknowledge it and I would take it all back but right now you're just a shitty producer that's uh messy I I think think

44:12

you're messy but if you finally decided to do your job because I'm hearing that they're not just gonna focus on Martell

44:19

and um Mel the Fletchers in here um the Fletchers nail and Tisha they're having

44:25

some type of issue I guess Tia didn't like that nil basically said that she was her Mentor I guess trying to downplay maybe them trying to establish

44:33

some type of relationship I honestly feel if that is true is maybe because

44:39

Mel and nil are good friends and maybe Neil want to show that show Mel that

44:44

she's loyal to her so she's not trying to step outside and build a relationship with Tisha

44:52

and the husband he did an inter his daughter did an interview with give him

44:57

the real tea what husband NE Chris Chris Fletcher that's Na's husband he did his daughter did an

45:04

interview with u GI the real te and that was her first time basically saying that

45:09

she called na a side chick and basically trying to make make it seem like Neil kind of broke up her mother and father

45:17

while they was married or whatever so that's going to play out they're saying even though Kiki was

45:23

not in the trailer I was heard I heard that basically I think Kiki maybe film three

45:29

scenes I don't know the validity in that but I do know that one of the scenes were her and male and from what I told M

45:35

went the hell off on her on KiKi okay so so tell everybody if you feel like talking about it this season I would go

45:42

to your channel and Mel was working with some bloggers and she was working with Kiki and you have evidence to prove that

45:49

they both were working with bloggers I feel all I this is my opinion I think a

45:55

lot of the cast members have specific bloggers that they talk to in this situation Kiki and I was talking okay so

46:03

Kiki and I was talking I mean I let it play out so basically something happened on the Houston trip and basically if you

46:11

go back to my channel like all the recordings are right there they left me no choice but to upload it pretty much

46:17

and I wasn't trying to go there so basically what happened was there was something said that M did something to

46:24

Kiki and basically everyone on the C kind of attack Kiki right and one thing about this Kiki

46:33

never told me that M paid for her flight to get back home never said anything about that right keep in mind she was

46:40

upset with male keep in mind the mother Kiki we all on the phone they trying to

46:45

come up with some type of damage control to cover up M because Kiki said that Mel

46:51

wanted her to go live and fix the situation I guess to make it look as if

46:57

didn't do anything wrong this is on the recording this is coming from

47:02

Kiki so now Kiki explaining that me and M we really are friends like blah blah

47:08

blah blah the mother C per going live I'm looking like okay y'all doing all this and I'm just gonna kill it with the

47:14

with the conversation itself is there any possibility that Carlos King got wind of what was going on I'm pretty

47:21

sure he knew what was going on because they had you know he's doing that podcast tour right and basically on the

47:27

podcast um he told melan he said there's some conversation about some leak

47:34

conversations with Kiki and your name was mentioned he brought it up on the

47:39

podcast now so basically with that being said Melanie is explaining to Carlos

47:46

that well I didn't know all of that was going on until I heard the recording pretty

47:52

much and I'm like you me and you was on the the airplane going back home together and she didn't say one word

48:00
didn't say that your mom said this or I said this just let everything keep going
48:05
keep in mind I tried to tell her back on September the 20th okay I tried to tell her back then because it was actually
48:12
more to it but we're not gonna get into that and you heard that she was back on the show huh you heard that they gonna
48:20
bring Kiki back for a little bit but not not a lot I my opinion I think they're
48:26
just bringing her back just so they can give her an exit off the show what
48:32
that's just my opinion what does that mean I mean to bring her on to like basically like here
48:38
you did all this damage last season so let's go ahead and end you and get you off the show because Mel said to Carlos
48:44
that basically her block game is um like I guess it's real fast so basically I
48:49
guess she block Kiki so damn that's I mean I play that clip
48:55
maybe um I might do it tonight play that clip on my channel just so everyone can see it for
49:00
themselves so what I want to do is I just really honestly and
49:05
truly I don't know I watch this uh show sometimes just want to come back when there's drama or something me worth
49:13
talking about you guys can go to Anthony's channel for those uh Recaps because I'm not gonna do that and
49:21
Perry P says the baby is Martell's round face and ears stick out
49:27
oh but you know what beatric I hope so I'm not being mean when I brought that
49:32
up it's all over town and uh I hope they address it bab you know people quickly
49:40
say it's in the algorithm it's in the algorithm Okay add that's serious what if it's not
49:47
what you know we just need the result paternity results so then everybody know
49:52
where they stand so you know I and if the results are end that we're hearing
49:58
why won't you tell the public the results you want to tell us everything else you want us to buy this and do that

50:05
and do that but you don't want us to know the paternity results and a matter of fact you guys listen this is just my

50:11
opinion as a frustrated view sometime viewer is I

50:18
feel that when shows get out of hand you're supposed to report it to the producers that would be Carlos King I

50:25
don't suggest doing that I don't think Carlos King gonna do anything about it he too busy on tour write right Carlos

50:31
friend all the I said yeah I suggest if you have a problem with the show go to

50:39
the network Harry what are your thoughts on all this I know you don't know the storyline anything you wanted to add oh

50:45
no I mean pretty much that's it look I just think there I want to go back to the Martel thing because you know sometime you get to slow it up for the

50:52
millimeters who try to find a way to say you a hater I think both adults in this

50:58
whole situation are throwing rocks at each other playing games with each other now I know the mamers can admit that

51:04
Martel is playing the game but they refuse to admit Melanie's playing the

51:09
game also I don't see I don't see how martel's playing a game what kind of game is he playing no no no no I'm just

51:15
saying okay I'm just simply saying I think they toy with each other and they do stuff to

51:22
get underne their skin I'm I'm not exactly sure that's right you don't yeah yeah yeah if he is playing the game he

51:27
losing in in the public view well yeah no no I I get okay okay basically I'm saying I'm sure the Mel com right now

51:33
can tell you a thousand things that Martel could have done to oh he said

51:38
this in the back room he said the baby might not be here whatever I'm just saying I think they both adults and need

51:44
to get it together and be parents for these babies and I really truly hope it

51:49

is his baby or it does I guess it doesn't matter as long as Mel can take care of the baby do whatever you know

51:56

that it before I start reading these comments did you hear anything uh Anthony about them filming Martell being

52:02

arrested this season that's going to be on the first episode I think oh CH I want to see that really Carlos I'm

52:10

telling you but Carlos said when they first like the first day of filming is when he got arrested so Carlos if you

52:17

pull off a good season I would do a 180 turnaround and give you your props but

52:23

right now you're suspect let's start answering these questions Mar tell said sugar mama is his daughter and wants Mel

52:30

to stop calling his daughter sugar mama why do they call her sugar mama I don't watch the show I mean they all have a

52:36

nickname so oh okay just a nickname yeah uh that's part of watching the show

52:42

okay she must be talking to somebody else Tiffany

52:48

G who is that Tiffany TG uh GT hopefully

52:53

Kiki sees Melody for who she is Melody wants to be a part of the drama but

52:59

doesn't want anyone talking about her does that make sense to you I agree with that who is who's Tiffany I agree

53:07

100% okay and she said she said over and over on the show that basically she

53:12

doesn't like when someone try to make I guess like spend the narrative on her to make it look like she did something she

53:18

said that to Martel um Kiki even said that on the recording so I mean man been watching

53:27

since day one ain't nothing changing well that's what it feels like hi P girl

53:32

you are funny thank you for the stuff you be sending me the first day Martel got arrested while filming that's a new

53:41

record let's talk about Martel oh okay yeah let's talk about that Aunt T mitt

53:48

so Melanie says in her court documents that he

53:54
Aid his his son the judge orders a psych
54:01
evaluation let him stop seeing the kids for a number of days or months whatever it was but
54:09
ultimately a judge found that it was okay for him to be with his children and
54:16
not have supervised visits now what judge in their right mind will give
54:22
their kids will return the kids to someone that's going to put hands on
54:27
them right you got to make it make sense Auntie mitt read the whole document so
54:34
because what Mel wanted to put out there is oh he hit the kid he hit the kid no and he needed a s evaluation but she
54:41
didn't tell you the results of the psych evaluation and she didn't tell you why those kids were returned to him y'all
54:48
need to look at the whole situation and I'm thinking Auntie M I'm not gonna kick you out but you're a mometer and y'all
54:54
need to open your' minds up y'all get on my nerve and half of y'all
55:00
dumb uh so since when it's spanking of you yeah it could have been I got
55:05
whooping it was ridiculous so and I and now I appreciate the whooping and the spankers I I mean black some black
55:11
people a lot of black people spank their kids I got spanked that's what make black Mas black
55:18
masas we know how it is we ain't like oh Mom you hit me if you act up you get
55:25
your uh spanking and things that's changed I remember back in the day uh my mama used to get
55:31
spank with an extension core that would be that's what you call a but back then get the switch off the tree let me pick
55:38
the yeah Bri for you remember all that in the Black Culture baby you go the
55:44
neighbor whoop you then you got to whoop and wait on you when you get back home uhuh no here's my mother right here she
55:50
in the chat I don't know why she in the chat but mama you remember when you would carry a wooden spoon in your purse and you had to knew this when we was in
55:57

public she knew this and I got in line real quick me and my sister

56:03

like uh a is like like that girl that uh

56:08

that YouTuber that starved her kids and and chained them to the like that what

56:14

what so y'all need to stop y'all just agreeing with everything Melody say and the girl is just as manipulative as she

56:22

can be last one spare the Ros child there you go

56:27

okay like please that's why kids now are aing our teachers well yes we'll talk

56:35

about that another day anyway uh Perry any last words oh no I'm just I'm good

56:41

with the whole thing I'm just saying that and this is not the trash mail just like the melam love to trash Martel I'm

56:48

just simply saying it's everybody it's yeah yeah it's two sides of this whole thing and I mean but

56:54

nobody on that side really want to talk about all the rumors about m i mean like

57:00

I'm hearing rumors and I don't even watch the show that she loose like a goose I'm just saying I don't know no

57:06

you did hear that someone told us that I'm saying I'm not saying for myself like I seen her I don't know I'm just saying but seems how you want to talk

57:13

about rumors yeah Anthony any last words no I'm appreciative that y'all had

57:19

me on here I'm appreciative that I had you on here that you came hopefully you can come more often especially when

57:25

there's something I want you to break it on your Channel first and then we come over here and talk about it because

57:31

that's why I'm watching I might try another episode but that damn show put

57:36

me to sleep but I'm G try it one more time yeah give it give it give it another shot okay all right hard the

57:43

only two people I really know is Martel and Melanie I'll feel you in I know that

57:50

thing is all the names confused let's keep it under some of the bigger bloggers don't even want to talk about

57:55

her oh so you know what so the B big the first Big Blog to leave was funky daeva
58:01
so now they're trying to get funky daeva to come to Huntsville and he said I believe it was marel
was gonna pay him K
58:09
but he has a good relationship with Maro and T and he love Miss wand can can uh
58:17
funky daeva save the show and make everybody cuz they the millimeters that
58:24
y'all are not very smart you alien ated men you alienated martel's fans nobody
58:31
felt like work uh dealing with y'all psycho asses can funky daeva put some
58:38
life back in and make the bigger blogs want to talk about it again make everybody interested in
again uh you
58:45
know can do you think that funky daeva can save this I wish he wouldn't if he like just
58:53
really being honest wait I got two more from day one I was way saw Mel as a
58:59
manipulator Mel is a manipulator and I'll take that to my grave Mel uses numerology and moon
circles to harvest
59:07
energy that's her thing that's or her hunger hipop mama has
59:14
thanks all right thank you uh Mary D I appreciate you guys hopefully we can do
59:19
this at least once a week but for sure whatever I'm doing if there's some tea that comes out I will
drop what I'm
59:26
doing call Anthony and we gonna talk about it all right right all right Perry do what you do take
us out have a good
59:33
weekend everybody all right same to you see y'all later bye