

**Anthony Lofties** 11 hours ago

Now let me take my broke 🍑 out to eat and don't know what I'm talking about 🍑 shopping. I might be able to run into legal representation.😂

> # I WILL TAKE YOUR OPINION SERIOUSLY IN 9 MONTHS AFTER YOU HAVE YOUR, WELL NEVERMIND YOU CAN'T AND NEVER WILL #ISAIDWHATISAID

👍 38  👎

## 70 Comments  ≡ Sort by



Add a comment...

**@denisehodges6009** 8 hours ago
Everyone, this has gone too far!
I used to enjoy listening to you all.
I am done with all the CC, due to all the negativety you all spew at each other. …

👍 17  👎   Reply

**@ladytea8786** 9 hours ago
Hey Anthony are you talking about the Sheba lady.

👍 4  👎   Reply

**@maryjanesbaby9392** ⭐ 1 hour ago
Hey Anthony, with all the stunts and shows and goings on, let me enjoy my caramel Reese's Cup as my eyes roll to the back of my head in ecstasy with a smile on my face.😂

👍  👎   Reply

**@michellesthoughts6351** 8 hours ago
He said what he said! 💪💪

👍 7  👎   Reply

**@MsElefant1** 8 hours ago
All that has to be done is to refute what is being said. The problem is people keep talking in circles. If it is I said what I said, then say what you say.

👍 8  👎   Reply

**@marithagray4392** 10 hours ago
Whewwwwww chileeeeee clutching my invisible pearls and flipping my invisible bangs 😂😂😂😂😂😂😂😂😂😂😂😂

👍 10  👎   Reply

▲ • 3 replies

@AnthonyLofties  10 hours ago

😂😂😂😂😂

👍 5  👎        ♥    Reply

@michellehardnick5932  10 hours ago

@ marithagray OMG....I CANNOT....Trying to catch my breathe....Lol!!

👍 2  👎        ♥    Reply

@christiegrant5894  6 hours ago

WHAT HAPPENED TO ALL THE SUBS this channel used to have. The views don't match the Clicks & Views LOL

👍 4  👎        Reply

@Tanyavanderbuilt  7 hours ago

You would think Mama Dee had a YT how much drama is on it with the CC's. Y'all need yall own reality television show.

👍 2  👎        Reply

@Sun_Shyne. ✪ 9 hours ago

Anthony I already said that this has turned into the LAMH Beef Sector 🙍🏾‍♀️😅 let me duck before I get hit chile.... lol

👍 8  👎        ♥    Reply

▲ • 3 replies

@AnthonyLofties  9 hours ago

😂😂😂

👍 5  👎    Reply

@marithagray4392  7 hours ago

🏃🏽‍♀️🏃🏽‍♀️🏃🏽‍♀️😂😂😂😂

👍 5    Reply

**@Sun_Shyne.** 7 hours ago

@marithagray4392  Ms. Maritha 🤣🤣😂😂😂😂

👍 2    Reply

**@Feefee_journey** 7 hours ago

How can you get mad cause your court documents 📄 were leaked 😅 black and white no gray errors

👍 18    Reply

• 4 replies

**@AnthonyLofties** 7 hours ago

==Ma'am who mad. I don't care about that document being leaked. You don't get it every time yall come against me, I WIN and continue laughing at yall DA's. I don't need an attorney for that case, that's small he say, she say claim is ...==

👍 5    Reply

**@christiegrant5894** 6 hours ago

@AnthonyLofties  You need to get your team of Lawyers on this why pay the Lawyers a retainer if you not going to use them? Please donate all your cash apps to Martell he needs help right now.

👍 6    Reply

**@tlove6665** 2 hours ago

@AnthonyLofties  yall....🤣😂😆😛 is that a person??

👍    Reply

**@AnthonyLofties** 10 minutes ago

 actually Martell doesn't need help at all. That's a promise! He is good!!! No one is going to waste time on a retainer for that dumb case. I can't speak for the others but my stuff is good 😂

Reply

 **@IamHeavenSpillman** 8 hours ago
This is sad.

5     Reply

▲ 1 reply

**@jc_mc6087** 7 hours ago
It really is. This is becoming dark and there's no consideration for those who also can't have kids. Just because others are doing it, doesn't mean the same needs to occur over here. This is very disappointing

7     Reply

**S  @Samsam19692** 4 hours ago
Really what's the difference in reading the documents and showing text that people have sent to you someone explain that to me please

1     Reply



**@hitliss2237** 2 hours ago
Court documents are public information. A text someone sent to you and only you is not.

4     Reply

 **@mrshjohnson24** 5 hours ago (edited)

How yall be mad at the reading of court documents 😂😂😂😂😂😂😂 Now look at you, that mouth got you in a federal lawsuit. Better start shaking that cup for a defense attorney sweetness instead being bitter at messengers.

👍 11    👎    Reply

▲    • 1 reply



@AnthonyLofties  5 hours ago

Lmao!! Yall so stupid, trust me I am good over here. Yall come for me all the time and always lose!!! Yall can't read.. no one winning a he say/she say case with no evidence 😂😂😂

👍 2    👎    Reply

P  @patriciadixon9836  8 hours ago

Act like a You know. You need to stop 🛑

👍 4    👎    Reply

▲  • 4 replies

@AnthonyLofties  7 hours ago

Nah you tell that to them. Everything is ok until I come back and then people want to play victim and act like they didn't say anything

👍 4    👎    Reply

P  @patriciadixon9836  6 hours ago

@AnthonyLofties  who is them? I'm referring to you. Stay focused on improving instead of attacking others.

👍 2    👎    Reply

@LovelyLiz_TV  5 hours ago

@patriciadixon9836  really lady? You are lost for real.

👍    👎    Reply

**@AnthonyLofties** 4 hours ago

@patriciadixon9836  oh I apologize, I read that so wrong!!! They can't help but to talk about me.. they love to hate me and hate to love me

Reply

**@fallingabyss6017** 10 hours ago

Why are you attacking her "womanhood" it's not like you can? Just curious

17   Reply

• 11 replies

**@AnthonyLofties** 10 hours ago (edited)

First, I don't desire to be woman. second, are you saying the same thing to all the mess they have said about me. Third, I could probably have one before she can. 😂

6   Reply

**@marithagray4392** 10 hours ago

Who said that??? I'm not attacking anyone womanhood..... just curious when things are being said about Anthony do you have that same energy....selective memory what is it... Sis really get real or get gone

6   Reply

**@tlove6665** 9 hours ago

@marithagray4392  you get gone or get what hes gonna get being an enabler to these demons

19   Reply

**@AnthonyLofties** 9 hours ago

@tlove6665  what exactly am I getting? Yall stay losing!! 😂😂

4   Reply

**@LovelyLiz_TV** 9 hours ago

@tlove6665 what lady? Be gone! 💨

👍 1　👎　　Reply

**@marithagray4392** 7 hours ago

@tlove6665 why cause I'm not being brain dead and thinking for myself... You sound mad ...you mad or you mad mad🙄🫠😁😁😁

👍 6　👎　🖤　Reply

**@christiegrant5894** 6 hours ago

God First

👍 1　👎　　Reply

**@tlove6665** 5 hours ago

@AnthonyLofties who is yall? You hearing voices.
.

👍 3　👎　　Reply

**@tlove6665** 5 hours ago

@LovelyLiz_TV ummm be gone🤣😂😆 you do realize you're in the comment section right😜

👍 2　👎　　Reply

**@tlove6665** 5 hours ago

@marithagray4392 mad for exactly what? Please explain 🦵🏿

👍 4　👎　　Reply

**@tlove6665** 5 hours ago

@AnthonyLofties Karma! It's Karma season

👍 3　👎　　Reply

**@marithagray4392** 9 hours ago

Nah everyone wants to be butt hurt I just don't get it... Everyone can go low however Anthony is not allowed to defend himself...You can hit a person and expect them not to slam dunk your azz you want to come to a fight and then tell people how not…

👍 9  👎     Reply

▲ 4 replies

**@jc_mc6087** 7 hours ago

I expect more from you especially as someone who generally quotes the word. Nothing about any of this is reflective of that. I'm personally very offended especially as someone who can't have a child. This went too far and whether others are …

👍 9  👎   Reply

**@kerileavell2040** 6 hours ago

 @jc_mc6087  The Lord said turn the other cheek! That doesn't mean...too sit back and let someone keep slapping you in the face!  Now you take this same message,  and go post it in any other chat that's speaking on Anthony, ok?  Ke…

👍  👎   Reply

**@jc_mc6087** 5 hours ago

 @kerileavell2040   ma'am I'm not going to encourage anyone to stoop low. I don't know what others are saying and if we call ourselves supporters of anything we must be willing to let people know when they are wrong. I'm never the person to …

👍 2  👎   Reply

**@jc_mc6087** 5 hours ago

 @kerileavell2040   you jumped out there assuming that I'm anti AL and that's not the case. I'm anti the drama. I've heard him say he wants his channel to move in a different direction and this isn't it. Even if you're mad...consider your supporter…

👍 4   👎         Reply

@BrittsLilAdvice ⭐ 5 hours ago

I'm so tired of scrolling YouTube and seeing your name and/or picture in some CC's scandalizing video! They won't leave you alone and then get mad every time you defend yourself. I'm noticing a pattern, if they feel like their leader has been attacked …
Read more

👍 4   👎    ❤️    Reply

▲  • 1 reply

@AnthonyLofties  4 hours ago

They can't help it. They hate love me and love to hate me. They stay losing 😂

👍 2   👎    Reply

@kerileavell2040 ⭐ 10 hours ago

Anthony, can I go shopping with ya…on this good Hump day?  Lol we can do a late lunch after! 😅 😆…they wanna see you fail sooo…. bad! Soon as you say something  about them, they become victims!  If you don't like Anthony, don't speak on him …#…

👍 5   👎    ❤️    Reply

▲  • 10 replies

@Sparkle385 10 hours ago

Well if he doesn't  like  melody  he shouldn't speak on her, bth bye

👍 13  👎    Reply

@AnthonyLofties  9 hours ago

@Sparkle385  I didn't know you gave birth to that woman. Be gone sweetheart

👍 6   👎   Reply

**@AnthonyLofties** 9 hours ago

Let's gooo lol

👍 3   👎   Reply

**@AnthonyLofties** 9 hours ago

Keri Let's go lol

👍 2   👎   Reply

**@LovelyLiz_TV** 9 hours ago

@Sparkle385  telling a blogger not to speak on a public figure is a very strange request.

👍 5   👎   Reply

**@Sparkle385** 8 hours ago

@AnthonyLofties  remember a woman gave birth to you, so is she all that you call and say about mel, make it make sense, if someone was saying theses nasty things about your mother you would not like that, sweetheart

👍 5   👎   Reply

**@BrittsLilAdvice** 5 hours ago

@Sparkle385  What did he say so nasty about Mel?! He asked y'all if y'all would hold her accountable and y'all lost y'all's marbles and haven't been right in the head since!

👍 4   👎   🖤   Reply

**@AnthonyLofties** 4 hours ago

@Sparkle385  if y'all don't go somewhere with this woman this woman that. Yall don't say Sh+t when they talking about my sexual orientation but you want me to give AF about her not being able to have a child: take that BS somewhere else....

Read more

👍 2   👎   Reply

**@jc_mc6087** 2 hours ago

@AnthonyLofties  I don't know what anyone else has said to you but as someone who has supported your channel, this is just wrong. It's not just offensive to her but also other women. This is super low and triggering. I held you to a higher …

👍 2    👎    Reply

**@michellehardnick5932** 2 hours ago (edited)

@Sparkle385  His mom is offended too of  how they're attacking her son's manhood, sexuality and his livelihood so when he come back and speak in his defense now feelings are hurt. Keep that same energy. So all bets is off

👍 2    👎    Reply

**@prettiistacii** 9 hours ago

It's me ready to tussle in the comments with whoever !! He said what he said!

👍 8   👎      Reply

▲ 2 replies

**@mrshjohnson24** 5 hours ago

And since he lies, what does that mean?

👍 2    👎    Reply

**@prettiistacii** 4 hours ago

@mrshjohnson24  show me an example of when he's ever lied

👍 1    👎    Reply