Exhibit C



**Title: New Motion Filed in $10M Lawsuit Against Blogger, Anthony Lofties – Incriminating Evidence #LAMH**
**Location: https://www.youtube.com/watch?v=KffzjIri1zQ**
**Date: April 26, 2024**

0:01
[Music]
0:05
all right welcome kings and queens y'all
0:08
we have got to talk I did not expect to
0:10
come on tonight but there's some very
0:13
important information that came across
0:15
my desk and I said I am going to report
0:17
on it I think it's important to keep you
0:20
all in a loop and y'all this is this is
0:22
really heating up to be a very serious
0:25
or could potentially become a very
0:27

serious um court case of the United
0:30
States District Court the plaintiff
0:33
versus Anthony lofty y'w a new motion
0:36
has been filed new evidence has been
0:38
introduced to support the plaintiff's
0:41
claims of Anthony ly utilizing social
0:45
media to harass bully not only the
0:50
plaintiff but other
0:53
women listen I'm
0:56
always less is more less is more and
1:00
we're just going to talk about it but
1:02
this time guess what introduced in the
1:06
new motion that was filed on April
1:09
25th
1:10
yesterday April 25th a new motion was
1:13
filed to introduce new evidence to show
1:18
that Anthony
1:20
lothus is not
1:23
only cyber bullying and harassing the
1:27
plaintiff but he continues to do so with
1:30
other women okay and then they
1:34
took the evident evidence that he shared
1:38
on chelle's world that's why I think
1:40

it's so important as a
1:42
blogger y'all be careful what you let
1:45
people come on your platform and
1:47
do because there's a lot of content
1:49
creators that would come on your
1:51
platform to mess up your and say
1:55
on your on your channel that they
1:56
wouldn't dare say on theirs so therefore
2:00
you're left uh you're left with the
2:02
liability the legal liability should
2:04
something come of it and it looks like
2:06
this just may be the case because in the
2:08
new motion
2:10
filed it looks like these people that
2:13
are watching have introduced evidence
2:15
from Shel from chelle's World's platform
2:19
um oh from April 21st 2024 we have got
2:24
to get into it y'all bloggers be very
2:28
careful if they not don't say it on
2:30
theirs first don't let them come on
2:32
yours because I I know many of you have
2:34
worked too hard to let anybody come on
2:36
your platform and just say what they
2:38

want to say you know what I'm saying and
2:40
then you repeat it in good faith because
2:42
you feel like you have a good
2:43
relationship and or a good understanding
2:45
of this person and there's no way that
2:47
they would mislead you honey you don't
2:49
know what people are capable of but
2:50
we're going to talk about it for those
2:52
of you who are just tuned in or if
2:53
you're new to the channel welcome to the
2:55
Palace I am Queen Sheba I cover a
2:58
variety of Hot Topics specific to
2:59
reality television but most importantly
3:02
I hone in on the psychological and the
3:04
behavioral traits of the black
3:06
experience subscribe
3:08
now all right let's talk about it let's
3:11
get into it real quick I'm not going to
3:13
keep y'all long I know it's Friday night
3:14
and I know y'all got things to do honey
3:16
because so do I but I had to go upstairs
3:19
and turn on my bartisan and I said honey
3:21
I got to make me a mango peach Margarita
3:23

for this one because I was not expecting
3:25
this you know I like some moveing Groove
3:28
I don't get my I don't get into my
3:29
feelings I say what I need to say and I
3:31
move the hell on I keep it based on the
3:34
content and the money and the business
3:36
that pays me but if I were any other
3:39
defendant me personally if I were any
3:41
other defendant in that case I wouldn't
3:43
say another word about this case because
3:45
based on the mounting evidence it looks
3:48
like Anthony lofties just may be backing
3:52
himself in a corner at that point
3:54
if I were a defendant I I would be like
3:56
let me be quiet shoot cuz maybe they're
3:58
going to focus on him maybe the judges
3:59
is going to focus on him instead of me
4:01
because I ain't said I did that much now
4:04
that would just be me personally because
4:06
I believe loose lips sink ships and the
4:09
more you talk the more those legal
4:11
experts are watching you and they are
4:14
showing this evidence to the judge and
4:16

it what it does is it substantiates the
4:18
claims of the
4:20
victims of the victims that have come
4:24
forward to say hey your
4:26
honor this man has a history of stalking
4:31
harassing
4:33
doxing
4:35
exposing people
4:38
women's private information on the
4:42
internet in retaliation to whatever now
4:48
it looks like it appears that despite
4:50
any previous speculation or any previous
4:54
communication that has been communicated
4:57
openly on social media by Anthony LOF
5:00
it has been confirmed that He Still
5:02
Remains a
5:05
significant a
5:08
significant
5:11
defendant in this
5:15
case as a reminder Anthony lofties based
5:19
on the court documents you see I'm just
5:21
talking facts right now okay Anthony
5:25
lofties is representing himself contrary
5:28

to popular belief and to what he has
5:31
communicated
5:33
previously that he has a team of
5:36
lawyers that is not the
5:39
case in this federal case now me
5:44
personally I don't care if a court case
5:46
is minute or if it's the biggest case of
5:48
the century nobody wants to get tied up
5:52
going back and forth to court because if
5:54
you understand
5:56
anything about Revenue your time time is
6:00
of essence so I don't understand why
6:02
people would say child ain't a big deal
6:04
yes it is it's your time time not take
6:07
that you have to utilize to respond that
6:10
you could be using and dedicated to
6:13
something else time is of essence you
6:16
don't get it back I wanted to say that
6:19
the second thing is before we get into
6:23
it thank God for good
6:26
friends thank God for good friends cuz
6:28
you can always tell the people that are
6:30
loved that are being nurtured and that
6:33

has a healing circle around them that's
6:36
not going to Aid and ab in a and a what
6:38
is it a bed them into negative behavior
6:42
that could get them jammed up and get
6:44
your ass locked up because my grandma
6:46
used to say birds of a birds of a
6:48
feather fly together water seeks its own
6:51
level you see what I'm saying and when
6:54
your group allows you to go out and act
6:57
a fool and show your ass and then
6:58
justify
7:00
no it's okay no it's not okay because
7:03
you are being watched this is a federal
7:07
case anything that you say and do in the
7:10
discovery phase can and will be used
7:12
against you and I always say when people
7:15
really love you want to see you do well
7:17
first of all let's back up because a lot
7:21
of y'all get social media relationships
7:25
confused with real
7:27
relationships you're empty
7:30
your Void and you supplement the people
7:33
that you meet on social media as if you
7:36

known them for years and you have no
7:37
idea who they really are behind that
7:40
screen all right well it looks like a
7:42
new Mo a m a new motion has been filed
7:45
as of
7:47
yesterday and present it to the judge to
7:49
make a ruling on based on Anthony's
7:52
rhetoric on social
7:54
media
7:56
okay they have filed a motion for the
7:59
judge to move forward with the trial
8:01
upon to move to go to trial with this
8:04
y'all okay you have to take into
8:06
consideration the seriousness of this
8:09
and the history of his behavior because
8:11
this is not a oneoff claim this is not
8:14
an outlier right where we're just
8:16
looking at and that doesn't seem right
8:19
so they plaintiff believes that the
8:22
discovery upon
8:23
defendant and a trial should be granted
8:27
on the merits
8:29
for the court to be able to provide the
8:32

8:32 determination of facts by by the for
8:34 ruling in favor of the plaintiff that
8:36 means you didn't said and done enough
8:38 and they've gathered enough evidence on
8:40 you to show the judge this ain't nothing
8:43 new this is what he
8:47 does it says
8:50 that defendant Anthony lofties did a
8:53 YouTube live with YouTube content
8:55 creator shelle's World on April 21st 202
8:59 for discussing this pending case and the
9:03 following statements were made between
9:06 them at the
9:08 202 to 2025
9:12 Mark bullet a shelle's world stated so
9:16 you're not before I move on you are not
9:20 a part of the lawsuit anymore you did
9:22 what you had to do you approached your
9:26 attorneys you filed a motion and you
9:28 have been legally dismissed first of
9:32 all he doesn't have any attorneys and if
9:35 charell world and Anthony are friends
9:39 I'm not sure why he would mislead his
9:42

friend into thinking that he did have so
9:46
this is based on character right also
9:48
the ability to be able to
9:51
determine a lie from the truth and and
9:54
if that's my friend or if that's his
9:57
friend why would
9:58
you set your friend up to say something
10:01
or mislead your friend to believe that
10:04
you contacted your
10:06
attorneys and that you have been legally
10:08
dismissed it says defendant Anthony
10:11
lofty stated process is already filed
10:14
I'll send that over to
10:17
you I'll send that over to you good all
10:21
night all right good all right shelle's
10:24
World Point C bullet C shelle's World
10:27
stated that's why I didn't mention
10:30
you yesterday like he is out of
10:33
it and that I guess in point C they're
10:37
saying that Charelle based on what
10:38
Anthony shared with shelle's world and
10:41
she's taking him for his word word she
10:45
then explains to her audience that the
10:47

reason why she did not disclose
10:50
Anthony's
10:51
identity in the federal court cases
10:54
because she was of the
10:56
belief by Anthony's own admission to her
10:59
that he's not involved in us that's sad
11:04
to me that's real sad that this woman
11:06
would share her platform with you she
11:08
has close to half a million followers
11:10
and you would kind of hang her out to
11:14
dry you know what I'm saying cuz she's
11:18
trusting
11:19
you to give her factual information so
11:22
that you're not setting her up but
11:27
okay Point d a cop of the transcript of
11:30
shelle's World YouTube live on 20 I'm
11:33
sorry on April 21st 2024 is incorporated
11:36
by reference and attached cheerin as
11:39
exhibit a oh my God that's why you got
11:44
to be careful whose word you take is
11:48
gold and it says reference Pages 10
11:51
through 11 and y'all the transcript is
11:57
listed then it goes on so that
12:00

12:03 was number that was insertion number 24
12:06 with points a b c and d now we go to
12:10 number 25 it says furthermore defendant
12:12 made a post on his YouTube Community
12:14 Channel Lord have mercy the feds are
12:16 watching on his YouTube Community
12:20 Channel on April 24th 2024 stating the
12:22 following ma'am whad I don't care about
12:25 that document being leaked you don't get
12:28 it every time y'all come against me I
12:30 win and continue laughing at y'all's
12:33 dumb asses I don't need an attorney for
12:37 that case that's small he say oh that's
12:39 small he say she say claim is and then
12:42 it has dot dot dot a copy of the April
12:46 24 2024 defendants YouTube Community
12:48 channels post reference page 4 is
12:50 incorporated by reference and attached
12:56 herein as exhibit
12:59 B Lord have mercy
13:02 number 26 plaintiff believes defendant
13:05 Anthony lofties is exhibiting a pattern
13:08 of lying on the court and officers of

the court with the allegations plaintiff
13:11
made in 2923 so what they're
13:14
establishing here is that Anthony
13:16
lofties according to this document has a
13:20
historical and solid history of Lon a a
13:24
pattern of lying and
13:26
misleading not only social media but his
13:29
following his I guess followers and it
13:32
looks like shelle's world as well as
13:33
like this is this is very serious
13:38
um wow the plaintiff wants to note
13:42
number 27 that the court has not ruled
13:45
on defendant's motion to dismiss yet and
13:48
plaintiff believes that defendant
13:49
Anthony ly has intentionally misled the
13:52
public in the April 21st 2024 YouTube
13:56
live on chelle's world and also on the
13:58
defendant's YouTube Community Channel on
14:00
April 24 2024 to show that he is
14:02
officially removed from the pending case
14:08
wow y'all there's a lot there's a lot of
14:12
evidence that has been gathered to
14:14
present to the judge and hell even I'm
14:17

clutching my pearls I'm not going to go
14:19
through all of that evidence but I will
14:21
show you this and we can listen hell
14:24
some of this stuff I didn't even know
14:27
existed it's not looking good but let's
**14:31**
listen
**14:34**
Inay on you stay on Creekwood Court in
**14:38**
West Mount Illinois you might want to
**14:40**
really stop playing with me you stay on
**14:42**
the second level I know exactly located
**14:45**
so you might want to go somewhere
**14:48**
okay and based on the evidence I just
**14:51**
shared um it's quite evident cannot be
**14:54**
disputed that not only has Anthony doc a
**14:56**
plaintiff but he's also doc another
**14:58**
content creat Creator as you heard on
**15:00**
the live him give out her address wow
**15:04**
state where she lives and then issued
**15:06**
what appeared to be a threat you better
**15:08**
watch out y'all this is this is crazy
**15:10**
this is beyond me
**15:12**
um and it looks like in this post here
**15:17**
um I'm not sure if Anthony was sending
**15:19**

**15:22** an idle thread but it looks like he was
**15:24** letting somebody knew that Bas on
**15:27** YouTube and whatever copyright strike he
**15:30** filed he was able to obtain her
**15:32** information y'all if this is not scary I
**15:36** don't know what it is hey auntie I don't
**15:37** give a about those no more
**15:38** all them goddamn hand dogs over
**15:40** there it is what it is like I've been
**15:42** too goddamn nice those need to
**15:49** go suck a dick they need to go do
**15:51** something just be hon tell the truth
**15:52** like don't some of y'all got kids I
**15:53** don't even think she got children be the
**15:54** main one running her goddamn M all the
**15:56** goddamn time bab go have a baby if you
**15:57** can go have one and I don't even think
**16:01** you got one from what they
**16:03** I don't give a at this point go L
**16:05** low spread whyly your man a down spot
**16:06** right to get your ass pregnant cuz I
**16:07** think you can do sit there talk about
**16:10** his

<mark>buddy like I said before prayers to all</mark>
**16:14**
<mark>parties involved</mark>
16:17
[Music]
16:29
oh