Vera Lynn Calvin
12150 Research Parkway
Orlando, FL 32826


4/29/25

Clerk of the Court United States District Court Eastern District of Missouri

111 S. 10th Street, Suite 3.300

St. Louis, MO 63102

<u>Re: Emergency Motion to Declare Plaintiff Vexatious, Strike Scandalous Filings, and Issue Protective Relief</u>


Case No. 4:23-cv-01732-SEP

Dear Clerk of Court:

Please find enclosed for filing in the above-captioned case the following documents submitted on behalf of Defendant Vera L. Calvin:

1.  **Emergency Motion to Declare Plaintiff Vexatious, Strike Scandalous Filings, and Issue Protective Relief for Safety of Defendant**
2.  **Declaration of Vera L. Calvin**
3.  **Exhibits A through G (referenced in the motion and declaration)**
4.  **Certificate of Service**


Thank you for your time and assistance. Please do not hesitate to contact me if any further information is needed.


Sincerely,

Vera L. Calvin

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF MISSOURI

SYRETTA LASHAWN MCNEAL,

Plaintiff,

v.

VERA L. CALVIN, et al.,

Defendants.

Case No. 4:23-cv-01732-SEP

# EMERGENCY MOTION TO DECLARE PLAINTIFF VEXATIOUS, STRIKE SCANDALOUS FILINGS, AND ISSUE PROTECTIVE RELIEF FOR SAFETY OF DEFENDANT

---

Defendant Vera L. Calvin respectfully moves this Court for emergency relief, requesting that the Court:

1. Declare Plaintiff Syretta LaShawn McNeal a vexatious litigant;

2. Strike her April 29, 2025 filing (Doc. 134) as scandalous and harassing;

3. Issue a protective injunction barring future filings and contact without leave of Court; and

4. Grant expedited consideration due to ongoing harassment and escalating personal safety concerns.

In support, Defendant states:

# I. INTRODUCTION

## This is no longer a civil lawsuit.

It is a personal and public campaign of harassment, retaliation, and reputational destruction being carried out through improper court filings, public defamation, false reports, and targeted attacks. Plaintiff Syretta LaShawn McNeal has repeatedly abused the judicial system to re-litigate issues already decided, attack individuals she previously befriended, and defame parties who challenge her narrative.

This Court must now intervene — to restore order, enforce its own rulings, and protect Defendant from further harm.

# II. FACTUAL BACKGROUND & PROCEDURAL HISTORY

- October 25, 2023: Plaintiff sends approximately eight fraudulent cease-and-desist notices to Defendant via email and certified mail. Trina Ann Thomas, a known associate, sends the same to Defendant's personal and professional emails.
- November 6–7, 2023: Plaintiff files false police reports against Defendant. All claims were found to be unfounded.
- July 28, 2023: Plaintiff attempts to insert Defendant into a pre-existing unrelated police report to fabricate standing.
- November 22, 2023: Court hears Plaintiff's state restraining order petitions. Matter taken under advisement.
- December 29, 2023: Plaintiff files this $10 million federal case while awaiting the outcome of her restraining order hearing.
- January 2, 2024: Restraining order dismissed for failure to prosecute. Plaintiff fails to appear. A second case is also dismissed.
- January 21, 2025: This Court sets a hard deadline for Plaintiff to properly serve all parties by February 17, 2025.
- February 17, 2025: Deadline passes. Plaintiff fails to properly serve Defendant Vera Calvin or obtain leave to extend time.
- April 29, 2025: Plaintiff files Doc. 134 — a recycled, inflammatory response with no legal basis, including a 19-page fabricated background check, further violating Defendant's privacy and dignity.

# III. ARGUMENT

## A. Plaintiff Is a Vexatious Litigant Engaged in Coordinated Legal Harassment

Plaintiff has:

- Filed repeated restraining order cases in multiple states that have been dismissed.
- Sued Defendant's employer and local police department after they refused to support her false allegations.
- Weaponized YouTube and social media to smear Defendant and encourage public attacks.
- Filed duplicative court documents, sometimes verbatim, with no new facts or arguments.
- Ignored this Court's orders — including the service deadline of February 17, 2025.

This pattern is not accidental. It is intentional abuse of process, and it warrants this Court's declaration of vexatious litigant status and imposition of a pre-filing injunction.

## B. Plaintiff's April 29 Filing Is Scandalous and Must Be Stricken

Plaintiff's April 29 submission (Doc. 134):

- Improperly re-litigates the issue of service.
- Introduces a fabricated "background check" of Defendant, containing misleading and prejudicial material.
- Fails to comply with any known standard for evidence or procedure.
- Serves no purpose other than to harass and damage.

Federal Rule of Civil Procedure 12(f) permits the Court to strike filings that are "redundant, immaterial, impertinent, or scandalous." This filing meets all criteria and must be removed from the docket.

## C. Protective Relief Is Required to Prevent Further Harm

**Plaintiff has:**

- Posted Defendant's private contact information.
- Swatted Defendant's home with a false wellness report.
- Encouraged others to file fake complaints and attack Defendant online.
- Retaliated against every person and institution who denies her demands — including AT&T, the Orlando PD, and multiple YouTube channels.
- Falsely claimed to be a "pro bono" legal representative for Defendant while not licensed to practice law in Florida.

**This is not just vexatious behavior — it is dangerous.**

**Plaintiff's conduct shows a disregard for boundaries, judicial orders, truth, and safety.**

**Defendant lives in fear of what she may do next.**

## D. Plaintiff Refuses to Follow the Rule of Law and Will Not Stop Voluntarily

**Plaintiff continues to:**

- Re-litigate issues that were already decided (e.g., service of process),
- File documents in defiance of court orders,
- Declare falsehoods under oath,
- Harass and sue anyone who challenges her version of events.

**She is doing all of the things she falsely accuses others of doing.**

## E. Plaintiff's Misconduct Has Forced Defendant to Relocate for Personal Safety

- **Plaintiff's misconduct has reached the point of directly endangering Defendant's personal safety. Plaintiff has disclosed Defendant's private home address in court filings, making it part of the public record and exposing Defendant to further harassment, stalking, and retaliation.**
- **As a direct result, Defendant has been forced to plan relocation from her home — at significant personal and financial cost — solely to protect herself from Plaintiff's escalating obsession.**

- **Plaintiff's weaponization of the judicial system to cause real-world harm — not just reputational, but physical — compels immediate and decisive intervention by this Court. She has shown no remorse, no compliance, and no respect for the law.**

This Court must impose boundaries now — because Plaintiff will not stop unless forced to.

# F. Plaintiff's Strategy Relies on Harassment and Avoidance of Judicial Review

- **Rather than pursue legitimate rulings or seek timely resolution of procedural issues, Plaintiff Syretta LaShawn McNeal has engaged in a deliberate pattern of harassment designed to overwhelm Defendant while evading judicial scrutiny.**
- **Despite filing a motion for reconsideration regarding her failure to serve Defendant, Plaintiff has notably failed to request a ruling or scheduling order on that motion. Instead, Plaintiff continues to flood the docket with duplicative, inflammatory filings intended to intimidate Defendant and smear Defendant's reputation without affording Defendant a meaningful opportunity to respond.**
- **Plaintiff's refusal to seek Court guidance or rulings on pending motions — while simultaneously weaponizing the filing system to create public attacks — demonstrates that Plaintiff is not interested in justice or lawful adjudication of her claims. Rather, Plaintiff seeks to harass Defendant uninterrupted, deny Defendant the ability to defend herself, and leave false and defamatory allegations standing in the record without opposition.**
- **This pattern of abusive litigation tactics — designed to harass, defame, and overwhelm rather than pursue legitimate claims — further underscores the urgent need for the protective relief and sanctions sought herein**

# G. Plaintiff Ignores the Court's Orders and the Reality of Her Own Failures

- **Plaintiff's "Prayer for Relief" is built entirely on falsehoods and omissions.**
- **Plaintiff notably avoids any mention of this Court's January 21, 2025 Order, which expressly required Plaintiff to effectuate proper service on all defendants by February 17, 2025.**
- **Despite clear and repeated warnings from the Court, Plaintiff failed to serve Defendant Vera L. Calvin — or any other remaining defendants — by the Court's February 17, 2025 deadline.**

- Instead of acknowledging this failure, Plaintiff continues to file frivolous pleadings, false accusations, and harassing motions, while glossing over the fatal jurisdictional defect that precludes her claims.
- Plaintiff's repeated refusal to confront the basic facts — including her failure to comply with the Court's service deadlines and her lack of lawful service on Defendant — confirms that Plaintiff is not seeking a legitimate adjudication of her claims.
- Rather, Plaintiff is engaged in an endless cycle of distraction, deflection, and abuse of process.

The Court should not permit Plaintiff to circumvent its prior Orders, harass unserved defendants, or weaponize procedural abuse to create false appearances of litigation. Defendant respectfully requests that Plaintiff's "Prayer for Relief" be denied in its entirety, and that appropriate sanctions and protective measures be entered to preserve the integrity of these proceedings.

# H. Plaintiff's Default Is Void, Her Service Was Improper, and Her Case Must Be Halted

- <u>Plaintiff's filings reveal a consistent refusal to acknowledge that she failed to comply with the Court's January 21, 2025 Order requiring proper service of all defendants by February 17, 2025.</u>
- Instead, Plaintiff improperly attempted to serve the wrong corporate entity without lawful authorization and then sought entry of default based on that invalid service.
- This default was entered without judicial review and based on inaccurate, incomplete information provided by Plaintiff.
- A default judgment obtained through improper service is void as a matter of law under Rule 55(c) and Rule 60(b)(4) of the Federal Rules of Civil Procedure.
- <u>Defendant Vera L. Calvin was never properly served under Rule 4, nor did Plaintiff seek leave of Court for out-of-time or alternative service.</u>
- Accordingly, any default entered against Defendant must be set aside, and Plaintiff's ongoing attempts to weaponize procedural missteps against Defendant must be rejected.
- Plaintiff cannot retroactively fix these critical failures by filing repetitive motions or recycling false allegations.
- The Court's prior Orders, the Federal Rules, and basic principles of due process demand that Plaintiff's improper filings be struck, that default be vacated, and that further harassment of unserved defendants be prohibited.

**The record is clear.**

**The law is clear.**

**Defendant Vera L. Calvin respectfully requests that the Court strike all improper filings, vacate any entries of default, and issue any further relief necessary to end Plaintiff's abusive litigation practices once and for all.**

# IV. REQUEST FOR RELIEF

Defendant respectfully requests that the Court:

1. Declare Plaintiff a vexatious litigant and impose a pre-filing injunction requiring Court approval before any further filings;
2. Strike Plaintiff's April 29, 2025 filing (Doc. 134) as scandalous and harassing;
3. Issue a protective injunction prohibiting Plaintiff from:
   o Filing any further documents naming Defendant without prior approval;
   o Communicating directly or indirectly with Defendant;
   o Publishing or distributing any materials related to this case involving Defendant on social media;
4. Refer this matter to the Chief Judge or U.S. Attorney for review of potential misuse of federal resources;
5. Award fees or sanctions as the Court deems just and proper;
6. Grant expedited consideration based on the continued escalation of Plaintiff's misconduct and risk to Defendant's safety.

# V. CONCLUSION

**This is not a dispute. It is a siege.**

**Plaintiff is not a litigant. She is a legal saboteur.**

**She has defied orders, endangered lives, and destroyed reputations.**

**Defendant Vera Calvin has done nothing to warrant this obsessive and dangerous behavior.**

**She respectfully asks this Court to end it — with clarity, finality, and full authority.**

Respectfully submitted,

/s/ Vera Lynn Calvin
**Vera Lynn Calvin**
**Defendant, Pro Se**
**12150 Research Parkway**
**Orlando, FL 32826**
**Phone: (904) 537-3882**
**Email: theoriginalprettybrowneyes@gmail.com**
Dated: 4/29/25

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF MISSOURI

SYRETTA LASHAWN MCNEAL,

Plaintiff,

v.

VERA L. CALVIN, et al.,

Defendants.

Case No. 4:23-cv-01732-SEP

---

# DECLARATION OF VERA L. CALVIN

I, Vera L. Calvin, declare as follows:

1. I am the Defendant in the above-captioned case. I submit this declaration in support of my Emergency Motion to Declare Plaintiff Vexatious, Strike Scandalous Filings, and for Protective Relief.
2. Since October 2023, I have been subjected to a relentless pattern of harassment by Plaintiff Syretta LaShawn McNeal, both in court and across online platforms.
3. On or about October 25, 2023, Plaintiff sent multiple cease-and-desist notices to my personal and professional email addresses. Trina Ann Thomas, an associate of Plaintiff, did the same.
4. In early November 2023, Plaintiff filed multiple police reports against me. These reports were investigated and determined to be unfounded. She later attempted to retroactively add me to a July 2023 report involving an unrelated matter.
5. Plaintiff filed two restraining order cases against me in Missouri. I prevailed in both cases. One was dismissed outright; the other was dismissed after Plaintiff failed to appear.
6. On December 29, 2023, while one of the restraining order cases was still pending, Plaintiff filed the present $10 million lawsuit against me and several others.

7. On January 21, 2025, this Court issued an Order clearly stating that all defendants must be properly served by February 17, 2025. Plaintiff did not serve me, nor did she obtain leave of Court to serve me out of time.

8. Since that time, Plaintiff has filed repeated, duplicative motions falsely claiming she served me and continuing to attach harassing, irrelevant exhibits including a fabricated background report.

9. Plaintiff has also filed complaints against my employer and attempted to use a Delaware AT&T entity to falsely assert proper service. She continues to re-argue matters already resolved by this Court's prior rulings.

10. Outside the courtroom, Plaintiff has repeatedly defamed me on social media and YouTube. She has stated that she provided "pro bono legal work" for me despite not being licensed to practice law in Florida. She has encouraged third parties to attack me, report me, and harass my YouTube channel and personal platforms. She has attempted to have my channel demonetized and taken down.

11. Plaintiff has published my private information, filed a false 911 report resulting in a welfare check at my home (swatting), and threatened me both directly and through surrogates.

12. I now live in fear of Plaintiff's escalating behavior. I have been forced to relocate, change communication habits, and take steps to protect myself and my livelihood. I do not feel safe knowing this individual has access to my personal information and continues to engage in public and legal attacks.

13. I have done nothing to deserve this treatment. I never harmed or defamed Plaintiff. My only prior contact with her was through YouTube content discussions. Her litigation has been based on lies, projection, and retaliation.

14. Plaintiff refuses to respect the law, the Court's authority, or the truth. I respectfully ask this Court to take immediate action to protect me and to end this pattern of abuse.


I declare under penalty of perjury that the foregoing is true and correct.


Executed on: 4/29/25


Signature:


Name: Vera L. Calvin

# CERTIFICATE OF SERVICE

I hereby certify that on this 4/29/25, I served a true and correct copy of the following documents:

- Emergency Motion to Declare Plaintiff Vexatious, Strike Scandalous Filings, and Issue Protective Relief for Safety of Defendant
- Declaration of Vera L. Calvin
- Exhibits A–G
- This Certificate of Service

upon Plaintiff Syretta LaShawn McNeal via electronic service and/or U.S. Mail at the following address(es):

Syretta LaShawn McNeal

3610 Buttonwood Drive Suite 200

Columbia Mo, 65201

Executed on: 4/29/25

Signed:

Vera L. Calvin

# Exhibit List – Submitted in Support of Emergency Motion

- Exhibit A – Copies of cease-and-desist letters and emails sent by Plaintiff Syretta McNeal and her associate Trina Ann Thomas to Defendant's email accounts and addresses.
- Exhibit B – Documentation showing police reports filed by Plaintiff were unfounded, including records of improper attempt to add Defendant to a prior, unrelated July 2023 incident.
- Exhibit C – Certified dismissal records from Missouri state court restraining order proceedings initiated by Plaintiff against Defendant.
- Exhibit D – Correspondence from AT&T legal counsel disputing Plaintiff's claims regarding service and confirming no valid service of process was accepted.
- Exhibit E – Screenshots and/or video transcripts showing Plaintiff publicly claiming to have rendered pro bono legal services to Defendant, despite not being licensed to practice law in Florida.
- Exhibit F – Evidence of false 911 call and welfare check initiated by Plaintiff (swatting), including any documentation or statements from responding law enforcement.
- Exhibit G – Plaintiff's April 29, 2025 court filing (Doc. 134) containing repeated service arguments, scandalous allegations, and a fabricated 19-page "background check."

**Exhibit A – Copies of cease-and-desist letters and emails sent by Plaintiff Syretta McNeal and her associate Trina Ann Thomas to Defendant's email accounts and addresses.**



8:38

Trina Thomas                                    Oct 25
Cease & Desist Harassment and bullying...

📄 Document.pdf

Trina Thomas                                    Oct 25
Important letter

📄 Document.pdf

Trina Thomas                                    Oct 25
My document digitized using Scanner· a...
Here is the link to get the app Scanner. f...

🖼 3D99F408-ECF...   +1

S .McNeal                                       Oct 25
CEASE & DESIST FURTHER DEFAMATIO...
Re: CEASE & DESIST FURTHER DEFAMA...

📄 correspondenc...

YouTube                                         Oct 22
Your video is suitable for all advertisers: I...
Hi Pretty Brown Eyez (PBE), Great news!...

DoNotReply                                      Oct 15
URGENT COMMUNICATION - Your Paym...
Account Name: VLC Customs LLC Accou...

Patreon                                         Oct 12
Pretty, we ran into an issue trying to pro...
Sorry! We couldn't process your paymen...

YouTube Creators
New! Your members-only content is m...
Your videos, discovered by more fans

10/24/2023

....        ' ~'

          .

Re: Cease and Desist

~~~~ ~~~ ~~~~~ .

I am writing this letter to formally request that you immediately cease and desist from any further actions that infringe upon my rights, specifically [describe the nature of the infringement, such as harassment, defamation, trespass, or any other relevant issue].

I believe your actions have resulted in [describe the harm or damage caused by the actions], and I find this behavior completely unacceptable.

I hereby request the following actions on your part:

Cease and desist from any activities that infringe upon my rights.
Refrain from making any defamatory statements about me, whether orally or in writing.
Avoid all forms of contact or communication with me or any of my associates, including but not limited to phone calls, emails, text messages, or in-person visits.
Retract any false or defamatory statements you may have made about me and issue a formal written apology for any harm caused.
Please be aware that failing to adhere to this cease-and-desist request may result in legal action being taken against you. I trust that we can resolve this matter amicably without further escalation.

This letter does not serve as a comprehensive statement of my rights, claims, or legal remedies, and I expressly reserve all available rights and remedies under the law

I kindly request a written response from you within one business day confirming your receipt of this letter and your commitment to comply with my requests. Your cooperation will help prevent any further legal action.

Sincerely,

# Syreeta L. McNeal

*Attorney at Law*

3610 Buttonwood Drive Suite 200

Columbia, MO 65201

Work: (573) 445-1955; Fax: (573) 445-2512; Email: mcneallawoffice@gmail.com

October 25, 2023

*Sent via CERTIFIED MAIL (with RETURN RECEIPT) No. 7018 3090 0001 7685 5383 to:*

Ms. Vera Lynn Calvin
a/k/a Pretty Brown Eyez (PBE) (YouTube)
7442 Universal Blvd, Unit 3207
Orlando, FL 32819-9232

**Re: CEASE & DESIST FURTHER DEFAMATION, SLANDER, LIBEL & DOXXING ON "ANONYMOUS" ASAP OR FURTHER CIVIL & CRIMINAL ACTION WILL BE TAKEN (ACTION REQUIRED)**

To Pretty Brown Eyez (PBE) a/k/a Vera Lynn Calvin,

I am writing this letter as Attorney Syreeta L. McNeal on behalf of myself. It has come to our attention that you have engaged in actions that constitute harassment, discrimination, defamation of character, and the violation of my client's constitutional civil rights and HIPAA information.

Just recently, you posted on your YouTube Content Creation page, in your members only live broadcast during the week of October 23, 2023 through October 29, 2023, that you are making disparaging comments about me and the work I had done for you as "Anonymous" to help you in getting your strike removed from your YouTube Channel, Pretty Brown Eyez (PBE)@PrettyBrownEyezPBE (https://www.youtube.com/@PrettyBrownEyezPBE).

By engaging in such actions, you have clearly violated my constitutional rights as a subscriber and former member under YouTube Guidelines. Additionally, you have unlawfully harassed, discriminated, defamed my character, violate my constitutional rights and HIPAA information of my client, which is expressly prohibited by federal and State of Florida law.

**This letter serves as a FINAL warning to immediately CEASE & DESIST any current and future) member's live or public live broadcast on your YouTube Channel (https://www.youtube.com/@PrettyBrownEyezPBE) or any other broadcasts either via chat or on live panels on YouTube (and Patreon) Channels, and any further defamation or dissemination of my client's information.** Furthermore, you are required to take down any videos or content related to my client without delay.

Please be advised that I have already contacted legal counsel, and they are actively preparing to file civil and criminal charges against you, as well as any other individuals associated with your actions. These charges will be pursued on both a FEDERAL AND STATE OF FLORIDA level, as per the jurisdiction in which you are located.

October 25, 2023
Page 2

It is essential for you to understand that my client has meticulously collected evidence of your previous harassment, discrimination, defamation of character, and other violations the week of October 23, 2023 through October 29, 2023 and even earlier, and this evidence will be used against you in any legal proceedings. We demand that you immediately CEASE AND DESIST from any further actions targeting my client.

Failure to comply with this cease-and-desist notice will leave my client with no choice but to pursue all available legal remedies against you and those involved, seeking compensation for the damages caused, as well as injunctive relief to prevent any future harm.

This matter is of utmost seriousness, and we expect a response from you confirming your compliance with this cease-and-desist notice within **two (2) hours (or by *Wednesday, October 25, 2023* at 5:30 P.M. EST)**. Your prompt attention to this matter is crucial to avoid further legal action.

Thank you for your immediate attention to this matter.

Sincerely,

Attorney Syreeta L. McNeal
Attorney at Law

Enclosure(s)


STATE OF MISSOURI    )
                     ) ss.
COUNTY OF BOONE      )

On this ___25th___ day of ___October___ in the year ___2023___,

before me, the undersigned notary public, personally appeared **ATTORNEY SYREETA L. MCNEAL**, known to me to be the person(s) whose name is subscribed to the within instrument and acknowledged that she executed the same for the purposes therein contained. In witness whereof, I hereunto set my hand and official seal.

PATRICIA PELACCIO
Notary Public - Notary Seal
State of Missouri
County of Boone
My Commission Expires 6/22/2025
Commission #13768993

Notary Public



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Orlando FL 328

Certified Mail Fee  $4.35                                          0157

Extra Services & Fees (check box, add fee as appropriate)   $7.55      13
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage
$                                $0.66

Total Postage and Fees
$ $8.56

Sent To  Ms. Vera Lynn Calvin aka PRF

Street and Apt. No., or PO Box No.  7492 Universal Blvd. Unit 3207

City, State, ZIP+4  Orlando, FL 32819-9232

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

COMMERCE STATION
Postmark Here
OCT 25 2023
10/25/2023
COLUMBIA MO 652

7018 3090 0000 7685 5383

**Exhibit B – Documentation showing police reports filed by Plaintiff were unfounded, including records of improper attempt to add Defendant to a prior, unrelated July 2023 incident.**

## CASE SUPPLEMENTAL REPORT

Printed: 04/03/2024 11:03

_Columbia Police Department_          SYSTEM ID: **596474**    SUPPLEMENT #:   **1**      OCA: **2023007143**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** _CLOSED/INACTIVE_          **Case Mng Status:** _INACTIVE_              **Occurred:** 07/28/2023

**Offense:** _OTHER OFFENSE_

**Investigator:** _JOHNSON, ROSANNA_  _(1674)_              **Date / Time:** _09/29/2023 10:32:42, Friday_

**Supervisor:** _CORCORAN, PATRICK T_  _(1962)_     **Supervisor Review Date / Time:** _09/30/2023 09:53:51, Saturday_

**Contact:** _Mcneal, Syreata L_                       **Reference:** _Evidence - General_

On 08-04-23, at approximately 0954 hours, I responded to a fraud at ▓▓▓▓▓. Dispatch notes said Syretta McNeal was reporting people hacked into her account and released private HIPPA information and docked her. This is a supplement to that report.

On 09-28-23, McNeal emailed me the following information:
I wanted to give you an update to my current case number. It appears that I had to file another FBI IC3 complaint against the two defendants I gave you already and then add 2 more. Please find attached the FBI Ic3 report that included the following additional defendants. I am hearing reports that they are trying to file an unlawful bar complaint with The Missouri Bar against me and continue to electronically harass, cyber stalk, cyber stalk and dox me.

Please find attached the background reports for the following individuals:

"  Anthony Lofties
o  Address: ▓▓▓▓▓▓
o  Phone Number: ▓▓▓▓▓▓
"  Joann A. Jenkins
o  Address: ▓▓▓▓▓▓
o  Phone Number: ▓▓▓▓▓▓
"  Donovon Rae Shawn Frison
o  Address: ▓▓▓▓▓▓
o  Phone Number: ▓▓▓▓▓▓
"  Melissa S. Chase Scott
o  Address: ▓▓▓▓▓▓
o  Phone Number: ▓▓▓▓▓▓

If you look at the FBI report and background reports, you will see their mailing address, phone numbers. Please let me know if you need anything else. I am attaching text messages and other support as well.

I have entered, tagged, and uploaded 9 attachments McNeal sent; 2- live chats,1- IC3 complaint, 1-text msg list. 5 backgrounds on subjects on evidevence.com.

This incident was forwarded to CIU for further investigation.

Investigator Signature                              Supervisor Signature

Page 10

# CASE SUPPLEMENTAL REPORT

Printed: 04/03/2024  11:03

*Columbia Police Department*    SYSTEM ID: **597360**    SUPPLEMENT #:  **2**    OCA: **2023007143**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLOSED/INACTIVE*    **Case Mng Status:** *INACTIVE*    **Occurred:** *07/28/2023*

**Offense:** *OTHER OFFENSE*

**Investigator:** *JOHNSON, ROSANNA*    *(1674)*    **Date / Time:** *11/08/2023 13:07:28, Wednesday*

**Supervisor:** *DOWLER, JAMESON R*    *(2096)*    **Supervisor Review Date / Time:** *11/10/2023 09:47:41, Friday*

**Contact:** *Mcneal, Syrecta L*    **Reference:** *Evidence - General*

On 08-04-23, at approximately 0954 hours, I responded to a fraud at ▮▮▮▮▮▮. Dispatch notes said Syretta McNeal was reporting people hacked into her account and released private HIPPA information and docked her. This is a supplement to that report. This is a supplement to that report.

On 11-05-23, McNeal sent me an email of another subject harassing her and is as follows;
It appears I have an additional person, Ms. Vera Lynn Calvin aka Pretty Brown Eyez (PBE) (Youtube), to add to my pending police report.

Her contact information is as follows:

Ms. Vera Lynn Calvin
7442 Universal Blvd, Unit 3207
Orlando, FL  32819-9232

Phone: (904) 537-3882
Email addresses: theoriginalprettybrowneyes@gmail.com, veracalvin@yahoo.com
Website: https://www.youtube.com/@PrettyBrownEyezPBE

I am attaching the following:

" Background Report of Vera Lynn Calvin
" FBI IC3 Complaint filed on 11/5/2023
" October 25, 2023 Certified Letter (Cease & Desist)
Here is a review of what has happened and about to happen:

To Whom It May Concern:

My name is Attorney Syrecta L. McNeal.  I am an Attorney (MO) and Certified Public Accountant (MO, AZ).  I am writing to you to report the civil & criminal electronic harassment, discrimination, defamation of character and violation of my constitutional civil rights and HIPAA information by Ms. Vera Lynn Calvin aka Pretty Brown Eyez (PBE) who is a content creator on a YouTube Channel (Pretty Brown Eyez (PBE)@PrettyBrownEyezPBE (https://www.youtube.com/@PrettyBrownEyezPBE/featured).

On October 25, 2023, I sent by email and certified mail a CEASE & DESIST letter (signed before a notary) to Ms. Vera Lynn Calvin aka Pretty Brown Eyez (PBE) to stop defaming, slandering, libel & doxing me as "Anonymous" on her YouTube Channel and other virtual forums.  Unfortunately, Ms. Calvin refuses to respect my request to cease and desist from attacking me on her YouTube Channel.

Investigator Signature _____    Supervisor Signature _____

Page 11

## CASE SUPPLEMENTAL REPORT

Printed: 04/03/2024  11:03

*Columbia Police Department*   SYSTEM ID: **597360**   SUPPLEMENT #:  **2**   OCA: **2023007143**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLOSED/INACTIVE*   **Case Mng Status:** *INACTIVE*   Occurred: *07/28/2023*

**Offense:** *OTHER OFFENSE*

**Investigator:** *JOHNSON, ROSANNA*   *(1674)*   Date / Time: *11/08/2023 13:07:28, Wednesday*

**Supervisor:** *DOWLER, JAMESON R*   *(2096)*   Supervisor Review Date / Time: *11/10/2023 09:47:41, Friday*

**Contact:** *Mcneal, Syreeta L*   Reference: *Evidence - General*

Listed below are the instances of her violating my civil liberties:

1. October 25 membership only broadcast

2. October 27, 2023 live broadcast entitled "CEASE AND DESIST !! LAST LIVE - Until Further Notice..." (https://www.youtube.com/watch?v=r1qqM64gjJ4)

3. October 29, 2023 live broadcast entitled YALL WON !! Throwin in Da Towel.. Dis Too Much DRAMA (https://www.youtube.com/watch?v=UTJLPEvHJg8)

4. November 8, 2023 broadcast that was published on November 8, 2023 entitled "Exclusive "Disciplinary Hearing Audio" for our YouTube Lieyer Anonymou.... (https://www.youtube.com/watch?v=aDq0ZAhX_Fs)

This constitutes cyber stalking which violates federal law under 18 US Code Section 2261A (Stalking) and Missouri law under RSMo 565.225 (Stalking) and RSMo 565.090 (Harassment).

Also, Ms. Calvin has illegally wiretapped my conversations that were protected under attorney-client privilege and confidentiality from September 2023 to October 2023 which violates federal law 18 U.S. Code Section 2511 and Missouri law under RSMo 542.402 and RSMo 542.418.

Ms. Calvin's actions above are threatening my health, safety, and ability to practice law and as a CPA in MO and AZ. Please assist in prosecuting Ms. Calvin under the fullest extent of the law.

Please email or contact me at (573) 445-1955 to let me know how I can get this elevated for prosecution.

McNeal sent three attachments; A cease order, background report, and FBI report and three videos that I can not download. The cease order, background report and FBI report have been entered, tagged, and uploaded on evidence.com.

McNeal sent another email with the following information;
Attached are the supporting IC3 Complaint I filed with FBI and other supporting information including the Court's Order for Exparte Order of Protection - Adult filed by Circuit Court of Boone County, MO in the Syreeta L. McNeal, Esq. v. Vera Lynn Calvin; Case No. 23BA-FC01941; MO Court ORI: MO010033J; MO Protection Order No. 23-AEOP-1415

Here are the other lives that she has done and is about to do on November 8, 2023:

Anonymous life was threatened by PBE on the November 6, 2023 live entitled "LAMH Season 6 Episode 23

Investigator Signature   Supervisor Signature

Page 12

## CASE SUPPLEMENTAL REPORT

Printed: 04/03/2024  11:03

*Columbia Police Department*  SYSTEM ID: 597360  SUPPLEMENT #:  **2**  OCA: 2023007143

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLOSED/INACTIVE*  **Case Mng Status:** *INACTIVE*  **Occurred:** *07/28/2023*

**Offense:** *OTHER OFFENSE*

**Investigator:** *JOHNSON, ROSANNA*  (1674)  Date / Time: *11/08/2023 13:07:28, Wednesday*

**Supervisor:** *DOWLER, JAMESON R*  (2096)  Supervisor Review Date / Time: *11/10/2023 09:47:41, Friday*

**Contact:** *Mcneal, Syreeta L*  Reference: *Evidence - General*

Holt Her Accountable (Review) w/ Honorable Judge PBE (https://www.youtube.com/watch?v=9YNNohSznSU)" at the 29:00 to 30:00 timestamp of the video.

Also, PBE continued to attack, defame, harass, dox, etc.. me as "Anonymous" at the following additional time stamps:

" 55:00 to 56:00
" 85:00 to 86:00
" 86:00 to 87:00
" 88:00 to 89:00

Also, Ms. Vera Lynn Calvin stated that she will do a November 8, 2023 live in member's only (https://www.youtube.com/watch?v=aDq0ZAhX_Fs) to continue to dox me and also release confidential recordings in violation of federal law and Missouri and Illinois law.

Here is a short that she has edited at least 3 times:  https://www.youtube.com/shorts/MqoqXpXWkLo

She is going to reveal information about me and also reveal recordings against me and a person who has intelligence information.

I have tried to have Google shut the PBE channel down. They stated they need to have a liers.google.com done by the Columbia, MO Police Department and also a liers to Orlando, Fl Police Department to get the PBE YouTube channel shut down permanently.

The Special Process Server is serving her today in a rush job. She has received it via email from me and the Court of the Ex Parte Order but she refuses to stop her November 8, 2023 live.

I need your help ASAP to send the liers to Google & also Orlando, FL Police Department to shut down PBE YouTube Channel ASAP.

She sent five more attachments; 2 court notices, 2 IC3 complaint and court notice. They have been entered, tagged, and uploaded on evidence.com.

This information should be forwarded to CIU for further investigation.

Investigator Signature  Supervisor Signature

Page 13

## CASE SUPPLEMENTAL REPORT

Printed: 04/03/2024 11:03

| | | | |
|---|---|---|---|
| *Columbia Police Department* | SYSTEM ID: 597952 | SUPPLEMENT #: 3 | OCA: 2023007143 |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLOSED/INACTIVE*   **Case Mng Status:** *INACTIVE*   **Occurred:** *07/28/2023*

**Offense:** *OTHER OFFENSE*

**Investigator:** *JOHNSON, ROSANNA* *(1674)*   **Date / Time:** *12/06/2023 12:45:43, Wednesday*

**Supervisor:** *DOWLER, JAMESON R* *(2096)*   **Supervisor Review Date / Time:** *12/08/2023 10:48:35, Friday*

**Contact:** *Calvin, Vera Lynn*   **Reference:** *Subject Statement*
  *7442-3207 Universal Blvd, Orlando*

On 08-04-23, at approximately 0954 hours, I responded to a fraud at 402 Belinda Aly. Dispatch notes said Syretta McNeal was reporting people hacked into her account and released private HIPPA information and docked her. This is a supplement to that report.

On 12-06-23, at approximately 1151 hours, Vera Calvin requested a phone call at 904-537-3882.
I made phone contact with Calvin and she said she is being falsely accused by McNeal and that she is harassing her at her job with YouTube.

Calvin said she wants to file charges on McNeal for cyber stocking and harassing her.

Calvin said she lives in Florida and has nothing to do with McNeal.

I told Calvin that she needed to talk to her attorney and that I would complete a supplement to the report here.

I told Calvin that the case is currently being reviewed by the detectives.

I have nothing further on this incident.

| | |
|---|---|
| Investigator Signature | Supervisor Signature |

Page 14

## CASE SUPPLEMENTAL REPORT

*Columbia Police Department*     SYSTEM ID: **600054**     SUPPLEMENT #:    **4**     OCA: **2023007143**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLOSED/INACTIVE*          **Case Mng Status:** *INACTIVE*                    **Occurred:** *07/28/2023*

**Offense:** *OTHER OFFENSE*

---

**Investigator:** *REYNOLDS, CHAD H    (2067)*          **Date / Time:** *03/11/2024 14:58:05, Monday*

**Supervisor:** *MALSY, CHAD RICK X    (2145)*     **Supervisor Review Date / Time:** *03/20/2024 11:16:18, Wednesday*

**Contact:**                                          **Reference:** *Follow-up*

---

\*\*\*Inactivated Case\*\*\*

I have spoke to Vera Calvin by phone several times about a dispute she is having with Syreeta McNeal. After a review of this case I believe there is a dispute occurring online between the two. I do not believe that probable cause exists for an arrest of either person at this time. I am aware that McNeal has been trying to handle this case thorough civil court by trying to obtain a protection order against Calvin.

With the information given in this report, I believe this case should be considered inactive unless further information is submitted.

End of report.

---

Investigator Signature                          Supervisor Signature

# Exhibit C – Certified dismissal records from Missouri state court restraining order proceedings initiated by Plaintiff against Defendant.



Orlando
February 20, 2024  10:05 AM
Edit

NOTICE OF ENTRY
(SUPREME COURT RULE 74.03)

In The 13TH JUDICIAL CIRCUIT Court, Boone County, Missouri
705 E WALNUT, COLUMBIA, MISSOURI 65201

SYREETA L MCNEAL, ESQ. V VERA L CALVIN                    CASE NO : 23BA-FC01941

To:    VERA LYNN CALVIN
       7442 UNIVERSAL BLVD
       UNIT 3207
       ORLANDO FL  32819-9232

YOU ARE HEREBY NOTIFIED that the court duly entered the following:

| Filing Date | Description |
| --- | --- |
| 11-Dec-2023 | Dismiss by Ct w/o Prejudice |
| | Case came before this Court for hearing on Petition on November 20, 2023 at which time case was taken under advisement. Based upon evidence adduced, Court finds insufficient credible evidence to enter a full order and and further finds matter does not fall within the statutory requirements for issuing a Full Order of Protection..  Petitioner¿s Motion for a Full Order of Protection is denied.  No further action may be taken by this Court in this matter. TZG/IX (hs) |

                                                    _____
                                                         Clerk of Court

CC:    File
       VERA LYNN CALVIN

Date Printed : 11-Dec-2023

For additional information on your case, please check Case.Net at www.courts.mo.gov/casenet
V17.1



Orlando
February 20, 2024 10:05 AM
Edit

**NOTICE OF ENTRY**
(SUPREME COURT RULE 74.03)

In The 13TH JUDICIAL CIRCUIT Court, Boone County, Missouri
705 E WALNUT, COLUMBIA, MISSOURI 65201

SYREETA L MCNEAL V VERA L CALVIN                    CASE NO : 23BA-FC02048

To:     VERA LYNN GALVIN,
        7442 UNIVERSAL BLVD
        UNIT 3207
        ORLANDO FL 32819-9232

YOU ARE HEREBY NOTIFIED that the court duly entered the following:

| Filing Date | Description |
|---|---|
| 02-Jan-2024 | Dismiss by Ct w/o Prejudice |

Petitioner fails to appears in person. Respondent appears in person by video. The Court denies the full order of protection this case is dismissed. MWB/SR JUDGE (mr)
Scheduled For: 02-Jan-2024 9:00 AM; TRACY Z GONZALEZ; DIVISION IX COURTROOM; Boone
Event Location: 705 E Walnut, Columbia, Mo

_____
Clerk of Court

CC:     File
        VERA LYNN GALVIN

ECC:
Date Printed : 23-Jan-2024

CERTIFICATE OF TRUE COPY
    I Sherry Terrell, Clerk of Circuit Court, within
and for the county of Boone, State of Missouri do
certify that the foregoing is a true copy of an
original document remaining on file and recorded
in my office.
Witness my hand and SEAL of said Court this 23
day of _January_ 20 24.
Sherry Terrell, Circuit Clerk BY: _____
                                              DEPUTY CLERK

# Exhibit D – Correspondence from AT&T legal counsel disputing Plaintiff's claims regarding service and confirming no valid service of process was accepted.



**Kate Marcom**
AVP – Sr. Legal Counsel

**AT&T Services, Inc.**
208 S. Akard Street
Dallas, Texas 75202

Telephone: (972) 206-7205
km388h@att.com

March 28, 2025

*Via Email: mcneallawoffice@gmail.com*

Syreeta L. McNeal
3610 Buttonwood Drive, Suite 200
Columbia, MO 65201

Re:    *McNeal v. Calvin et al.*; Case No. 4:23-cv-01732-SEP (E.D. Mo.)

Dear Ms. McNeal:

I write regarding the attempted service of a summons and complaint in the above-captioned lawsuit. Specifically, on March 13, 2025, AT&T Inc.'s registered agent for service of process, the CT Corporation, received copies of a summons for Defendant Vera Lynn Calvin, the complaint, and other filings.[1]

Service of these documents has no legal significance on AT&T Inc. or Defendant Vera Lynn Calvin. AT&T Inc. is not named as a party to the lawsuit and Plaintiff asserts no claims against any AT&T entity. Thus, AT&T Inc. need not, and will not, respond to or answer the complaint.

To the extent you are attempting to effectuate service on Ms. Calvin by serving AT&T Inc., such an attempt is improper. As an initial matter, Ms. Calvin is not employed by AT&T Inc. Regardless, no applicable authority provides that service of process on an employer—let alone its agent—can constitute proper service on its employee.

Instead, Federal Rule of Civil Procedure 4(e)(2) provides only that, in addition to personal service or service at one's dwelling, an individual may be served by delivering a copy of the summons and complaint "to an agent authorized by appointment or by law to receive service of process." No AT&T entity has been authorized to receive service of process on Ms. Calvin's behalf, and no law, statute, rule, or order appoints AT&T Inc. as Ms. Calvin's agent for service. And while Rule 4(e)(1) provides for alternative methods of service to be made according to the law of the state where the district court sits or where service is made, neither the

---

[1] These materials were also emailed to the AT&T Global Legal Demand Center, which responds to requests for information and subpoenas from law enforcement. The federal, Missouri, and Florida rules do not provide for electronic service of process. *E.g., Joe Hand Promotions, Inc. v. Shepard*, No. 4:12cv1728 SNLJ, 2013 U.S. Dist. LEXIS 113578, at *6 (E.D. Mo. Aug. 12, 2013) ("Missouri does not provide for electronic service of process."); *Hall v. Jouffroy*, 2017 Fla. Cir. LEXIS 14753, *2 ("[S]ervice of process via email does not constitute valid service of process pursuant to Florida law.").

**AT&T**

March 28, 2025
Page 2

laws of Missouri nor Florida (where Ms. Calvin resides) allows for serving an individual by service on their employer or employer's agent.[2]

Put simply, there is no legitimate reason to serve AT&T Inc. and serving AT&T Inc. does not count as properly serving Ms. Calvin. Please refrain from additional attempts to serve this lawsuit on AT&T or Ms. Calvin via any AT&T entity.

Sincerely,

*/s/ Kate Marcom*

Kate Marcom
AVP – Senior Legal Counsel

---

[2] *See* Mo. Sup. Ct. R. 54.14 (service outside Missouri allowed pursuant to Rule 54.13(b)); *id.* 54.13(b)(1) (specifying methods of service for individuals); Fla. Stat. Ann. § 48.031 (same).

**AT&T**

**Exhibit E – Screenshots and/or video transcripts showing Plaintiff publicly claiming to have rendered pro bono legal services to Defendant, despite not being licensed to practice law in Florida.**

**(VIDEO SCREEN RECORDED)**



**Exhibit F – Evidence of false 911 call and welfare check initiated by Plaintiff (swatting), including any documentation or statements from responding law enforcement.**

**(REQUEST SUBMITTED AND AUDIO AVAILABLE)**

Skip to main content

Public Record Requests

**Orange County Sheriff's Office**

Request Visibility: 👥 Staff 



‹ ›  **Request 23-26799** 🗂 Open

1 of 2 with filters active

## Dates

**Due**
January 5, 2024

**Received**
November 21, 2023 in person

**Anticipated fulfillment**
Fulfillment date not set

## Requester

👤 Vera Lynn Calvin

✉ veracalvin19@gmail.com

📞 904-537-3882

View email status

## Staff Assigned

**Departments**
Unassigned - Records Unit

## Request 

Audio Footage of 911 call to 7428 Universal Blvd #3207 on Nov. 6, 2023. Deputies arrived around 8:00 pm for a wellness check of Vera Calvin. Needs the audio for an injunction going on against a subscriber.

The suspected caller has an injunction against Vera Calvin.

Case # that goes along with the injunction is 23-BAFC01941 from Boon County

Suspected phone number that called 602-505-3183 or 757-981-8268

Guest provided ID C415872719590

Syretta L McNeal is suspected name from Boon County Missouri

**Timeline**    Documents    Tasks

Filter by timeline event
Select an event to filter

👤 **Support Staff Added**                  Staff Only
SO-AudioRequests@ocfl.net

November 27, 2023, 4.06pm by Quentin Albury

**Exhibit G – Plaintiff's April 29, 2025 court filing (Doc. 134) containing repeated service arguments, scandalous allegations, and a fabricated 19-page "background check."**

 **Gmail**

**Pretty Brown Eyez <theoriginalprettybrowneyes@gmail.com>**

---

## Activity in Case 4:23-cv-01732-SEP McNeal v. Calvin et al Response to Motion
1 message

---

**Moed_AutoSend@moed.uscourts.gov** <Moed_AutoSend@moed.uscourts.gov>
To: MOED_ECF_Notification@moed.uscourts.gov

Tue, Apr 29, 2025 at 3:27 AM

---

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of Missouri

#### Notice of Electronic Filing

The following transaction was entered by McNeal, Syreeta on 4/29/2025 at 2:27 AM CDT and filed on 4/29/2025
**Case Name:**      McNeal v. Calvin et al
**Case Number:**    4:23-cv-01732-SEP
**Filer:**              Syreeta LaShawn McNeal, Esq
**Document Number:** 134

**Docket Text:**
**RESPONSE to Motion re [102] MOTION to Set Aside Default *Defendant Vera Lynn Calvin's Motion to Set Aside Default filed April 15, 2025 (doc # 102)* filed by Plaintiff Syreeta LaShawn McNeal, Esq. (Attachments: # (1) Exhibit 1, # (2) Exhibit 2, # (3) Exhibit 3, # (4) Exhibit 4) (McNeal, Syreeta)**

**4:23-cv-01732-SEP Notice has been electronically mailed to:**

Alec Jacob Nagel &nbsp &nbsp anagel@dowdbennett.com, dpatel@dowdbennett.com, filings@dowdbennett.com

Anat Gross &nbsp &nbsp anat@anatgross.com

Anthony T. Lofties &nbsp &nbsp anthonyt_lofties@yahoo.com

Avishai Don &nbsp &nbsp adon@wsgr.com, ageritano@wsgr.com

Elad J. Gross &nbsp &nbsp elad@eladgross.org

Michelle Nasser &nbsp &nbsp mnasser@dowdbennett.com, filings@dowdbennett.com, kfeigenbutz@dowdbennett.com, mguzy@dowdbennett.com, vwhite@dowdbennett.com

Syreeta L. McNeal &nbsp &nbsp mcneallawoffice@gmail.com, mcsyreeta@msn.com

Vera L. Calvin &nbsp &nbsp theoriginalprettybrowneyes@gmail.com

**4:23-cv-01732-SEP Notice has been delivered by other means to:**

Melissa S. Scott-Chase
aka Tea Talk With Ya Gyrl (YouTube)

 **Gmail**

**Pretty Brown Eyez <theoriginalprettybrowneyes@gmail.com>**

---

## Activity in Case 4:23-cv-01732-SEP McNeal v. Calvin et al
1 message

---

**Moed_AutoSend@moed.uscourts.gov** <Moed_AutoSend@moed.uscourts.gov>
To: MOED_ECF_Notification@moed.uscourts.gov

Tue, Jan 21, 2025 at 12:57 PM

---

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of Missouri

#### Notice of Electronic Filing

The following transaction was entered on 1/21/2025 at 11:57 AM CST and filed on 1/21/2025
**Case Name:** McNeal v. Calvin et al
**Case Number:** 4:23-cv-01732-SEP
**Filer:**
**Document Number:** 31

**Docket Text:**
**ORDER -IT IS HEREBY ORDERED that Plaintiff shall serve the above-mentioned Defendants no later than Monday, February 17, 2025. Failure to comply with this Order will result in dismissal without prejudice as to Defendants Vera L. Calvin, Joann A. Jenkins, Terence B. Smith, Donovan R. Frison, Natavia T. Garner, Google LLC, YouTube, LLC and TikTok, Inc. for lack of timely service. Signed by District Judge Sarah E. Pitlyk on 01/21/2025. (KRZ)**

**4:23-cv-01732-SEP Notice has been electronically mailed to:**

Syreeta L. McNeal    mcneallawoffice@gmail.com, mcsyreeta@msn.com

Anthony T. Lofties    anthonyt_lofties@yahoo.com

**4:23-cv-01732-SEP Notice has been delivered by other means to:**

Melissa S. Scott-Chase
aka Tea Talk With Ya Gyrl (YouTube)
810 Franklin Avenue
Westminster, MD 21157

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1037221849 [Date=1/21/2025] [FileNumber=11213432-
0] [6c0c36c75125ddde439d279443003534399304ef069926f48586930ca2be4bf510
b456afa9cdc12650f8cd84c9d63a6f0a37c705aeedcb112e18909adce3c76a]]