# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SYREETA LASHAWN MCNEAL, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:23-CV-01732-SEP |
| ) | |
| VERA L. CALVIN, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered on May 2, 2025,

**IT IS HEREBY ORDERED** that the claims against Defendants Vera Calvin and Terrence B. Smith are **DISMISSED WITHOUT PREJUDICE**.

Dated this 15th day of May, 2025.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE