# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SYREETA LASHAWN MCNEAL, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:23-cv-01732-SEP |
| ) | |
| VERA L. CALVIN, ET AL., ) | |
| ) | |
| Defendants. ) | |

## NUNC PRO TUNC ORDER

This Court's Order filed on May 15, 2025, Doc. [169], contains an error. The Court failed to include the following sentence: **IT IS FURTHER ORDERED** that Defendant Vera Calvin's counterclaim is **DISMISSED WITHOUT PREJUDICE**.

Accordingly,

**IT IS HEREBY ORDERED** that the Court's Order, Doc. [169], is corrected, *nunc pro tunc* as of May 15, 2025, to include the following sentence: **IT IS FURTHER ORDERED** that Defendant Vera Calvin's counterclaim is **DISMISSED WITHOUT PREJUDICE**.

Dated this 22nd day of May, 2025.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE