# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SYREETA LASHAWN MCNEAL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:23-cv-01732-SEP |
| VERA L. CALVIN, ET AL., | ) |
| Defendants. | ) |

## MEMORDANDUM AND ORDER

On May 2, 2025, the Court dismissed Plaintiff's claims against Ms. Calvin as well as Ms. Calvin's counterclaim against Plaintiff. *See* Doc. [140]. Since that time, Ms. Calvin has filed numerous letters, notices, and motions seeking affirmative relief from this Court. Ms. Calvin has cited no basis in the Federal Rules of Civil Procedure for her involvement in this lawsuit as a non-party. *See, e.g.*, Fed. R. Civ. P. 24(b) (allowing permissive intervention under certain circumstances). Therefore, other than her requests for sanctions, Ms. Calvin's filings are not properly part of this lawsuit. Moreover, as Ms. Calvin appears to acknowledge in one of her filings, Doc. [164], her requests for sanctions are procedurally deficient. *See* Fed. R. Civ. P. 11(c)(2) ("A motion for sanctions must be . . . served under Rule 5, but it must not be filed or be presented to the court if the challenged paper, claim, defense, contention, or denial is withdrawn or appropriately corrected within 21 days after service or within another time the court sets." (emphasis added)). As such, all pending motions, letters, and notices filed by Ms. Calvin since her dismissal on May 2, 2025, are denied.

Ms. Calvin is admonished to desist filing notices, letters, motions, or other documents in this matter absent a cognizable legal basis. Going forward, any baseless filing from Ms. Calvin will be immediately stricken from the record without further notice. If Ms. Calvin ignores this Court's admonition, the Court will consider imposing more severe sanctions, including monetary sanctions for wasted judicial resources. *See* Fed. R. Civ. P. 11.

Accordingly,

**IT IS HEREBY ORDERED** that the following motions are **DENIED**: Docs. [142], [147], [167], [168], [177], [188].

**IT IS FURTHER ORDERED** that Ms. Calvin's filing titled, "Judicial Notice of Cross-Jurisdictional Litigation Abuse, Ghostwriting, and Misuse of Legal Credentials in Related Alabama Case," Doc. [161], which the Court construes as a motion, is **DENIED.**

**IT IS FURTHER ORDERED** that Ms. Calvin's filing titled, "Former Defendant Vera L. Calvin's Judicial Notice of Fraudulent Duplicative Filings and Continued Misrepresentations by Plaintiff," Doc. [175], which the Court construes as a motion, is **DENIED.**

**IT IS FURTHER ORDERED** that Ms. Calvin's filing titled, "Supplemental Notice of Continued Procedural Misconduct," Doc. [187], which the Court construes as a motion, is **DENIED.**

**IT IS FINALLY ORDERED** that Ms. Calvin's filing titled, "Judicial Notice Regarding Misrepresentation of Legal Status and Abuse of Pro Se Privilege," Doc. [190], which the Court construes as a motion, is **DENIED.**

Dated this 29th day of May, 2025.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE