UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SYREETA LASHAWN MCNEAL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:23-CV-01732-SEP |
| ANTHONY T. LOFTIES, ET AL., | ) |
| Defendants. | ) |

## MEMORDANDUM AND ORDER

Before the Court are five motions to strike filed by Plaintiff. Docs. [172], [205], [225], [246], [275]. Rule 12(f) of the Federal Rules of Civil Procedure permits the Court to "strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P. 12(f). "A motion to strike is properly directed only to material contained in pleadings." *Khamis v. Bd. of Regents, Se. Mo. State Univ.,* 2010 WL 1936228, at *1 (E.D. Mo. May 13, 2013) (quoting *Mecklenburg Farm, Inc. v. Anheuser-Busch, Inc.*, 2008 WL 2518561, at *1 (E.D. Mo. June 19, 2008)). "Pleadings include complaints, answers, replies to counterclaims, answer to cross-claims, third-party complaints, and third-party answers." *Milk Drivers Local Union No. 387 v. Roberts Dairy,* 219 F.R.D. 151, 152 (S.D. Iowa 2003). Because the filings Plaintiff seeks to strike are not pleadings, the motions are denied.[1]

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motions to strike, Docs. [172], [205], [225], [246], [275], are **DENIED**.

Dated this 15th day of July, 2025.

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's motions to strike also contain requests for sanctions. Plaintiff's requests for sanctions are procedurally deficient and therefore denied. *See* Fed. R. Civ. P. 11(c)(2) ("A motion for sanctions must be made separately from any other motion and must describe the specific conduct that allegedly violates Rule 11(b). The motion must be served under Rule 5, but it must not be filed or be presented to the court if the challenged paper, claim, defense, contention, or denial is withdrawn or appropriately corrected within 21 days after service or within another time the court sets.").