UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SYREETA LASHAWN MCNEAL, | ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 4:23-cv-01732-SEP |
| VERA L. CALVIN, ET AL., | ) ) ) |
| Defendants. | ) |

### ORDER TO SHOW CAUSE

This case is before the court on review of the file. The record lacks sufficient proof of proper service of summons and the Complaint upon Defendant Sierra L. Moore as required by the Federal Rules of Civil Procedure. On April 22, 2025, Plaintiff filed an Amended Complaint and a motion to join ten additional defendants, including Ms. Moore. Docs. [112], [116]. Plaintiff then filed a proposed summons for Ms. Moore at Doc. [117], with the proposed summonses for the other additional defendants attached as exhibits to Doc. [117]. Though Plaintiff filed the executed summonses for the nine other defendants she sought to join at that time, see Docs. [184], [186], [189], [197], [198], [199], [200], [201], [203], she has not filed an executed summons for Ms. Moore. The time for Plaintiff to effect service under Federal Rule of Civil Procedure 4(m) passed on July 21, 2025, 90 days after she filed the Amended Complaint.

Accordingly,

**IT IS HEREBY ORDERED** that within 14 days of the date of this Order, Plaintiff shall show cause why her claims against Sierra L. Moore should not be dismissed without prejudice under Federal Rule of Civil Procedure 4(m) for failure to effect timely service of process upon her. Failure to timely comply with this order will result in the dismissal of Plaintiff's claims against Ms. Moore without prejudice and without further notice.

Dated this 4th day of February, 2026.

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE