**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| SYREETA LASHAWN MCNEAL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )   Case No. 4:23-cv-01732-SEP |
| | ) |
| VERA L. CALVIN, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF PARTIAL DISMISSAL

In accordance with the Memorandum and Order entered on this date,

**IT IS HEREBY ORDERED** that Plaintiff's claims brought against Defendants AT&T, Inc.; the Oprah Winfrey Network, LLC; Warner Brothers Discovery, Inc.; Google LLC; YouTube LLC; TikTok Inc.; CRK Entertainment Inc.; Kingdom Reign Entertainment LLC; the Orlando Police Department; Anthony Lofties; Felicia Moore; Marcella Boothe, Joann Jenkins, Maurice Scott, Sr.; Carlos King; Sierra L. Moore; Natavia T. Garner; Donovan R. Frison, and Melissa S. Scott-Chase are **DISMISSED** with prejudice.[1]

Dated this 31st day of March, 2026.

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE

---

[1] The counterclaims brought by Natavia Garner and Marcella Boothe are still pending in this action.