# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Susan E. Bindler**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

June 04, 2026

Syreeta LaShawn McNeal
SYREETA L. MCNEAL, ATTORNEY AT LAW
573-445-1955
Suite 200
3610 Buttonwood Drive
Columbia, MO  65201

RE:  26-1842  Syreeta McNeal v. Vera Calvin, et al

Dear Counsel:

Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14-day period. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, **no grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14-day period.

Susan E. Bindler
Clerk of Court

HAG

Enclosure(s)

cc:    Marcella I. Boothe
       Clerk, U.S. District Court, Eastern District of Missouri
       Avishai Don
       Anat Gross
       Elad J. Gross
       Joann A. Jenkins
       Alexander Karden
       Anthony T. Lofties
       Katherine Marcom
       Alec Jacob Nagel
       Michelle Nasser
       Brooke Marie Parsons
       Bernard J Rhodes

Maurice J. Scott Sr.
Melissa S. Scott-Chase

District Court/Agency Case Number(s):  4:23-cv-01732-SEP

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No.  26-1842

_____

Syreeta LaShawn McNeal, Esq.

Plaintiff - Appellant

v.

Vera L. Calvin

Defendant

Anthony T. Lofties; Joann A. Jenkins

Defendants - Appellees

Terence B. Smith

Defendant

Donovan R. Frison; Melissa S. Scott-Chase; Natavia T. Garner; Felicia B. Moore; Google, LLC; YouTube, LLC; TikTok, Inc.; Sierra Moore, 3604 Macomb Street NW Washington, DC 20016, also known as Brown Skyn Gyrl; Marcella I. Boothe, also known as Speak with Your Girl Marcella; Maurice J. Scott, Sr., also known as Maurice Rashene Scott; Carlos R. King, 409 Birkdale Drive Fayetteville, GA 30215; Kingdom Reign Entertainment LLC, Corporation Trust Center 1209 Orange Street Wilmington, DE 19801; CRK Entertainment INC., 289 South Culver Street Lawrenceville, GA 30046-4805; AT&T Inc.; Warner Bros. Discovery, Inc.; Oprah Winfrey Network LLC, 330 North Brand Blvd Glendale, CA 91203; Orlando, FL Police Department, 400 South Orange Ave Orlando, FL 32801

Defendants - Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:23-cv-01732-SEP)

_____

**JUDGMENT**

Before ERICKSON, GRASZ, and KOBES, Circuit Judges.

The court has carefully reviewed the original file of the United States District Court and orders that this appeal be dismissed for lack of jurisdiction.

June 04, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler