# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 26-1842

Syreeta LaShawn McNeal, Esq.

Appellant

v.

Vera L. Calvin

Anthony T. Lofties and Joann A. Jenkins

Appellees

Terence B. Smith

Donovan R. Frison, et al.

Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:23-cv-01732-SEP)

_____

**ORDER**

The petition for rehearing by the panel is denied.

July 16, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler