# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No. 26-1842

Syreeta LaShawn McNeal, Esq.

Appellant

v.

Vera L. Calvin

Anthony T. Lofties and Joann A. Jenkins

Appellees

Terence B. Smith

Donovan R. Frison, et al.

Appellees

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:23-cv-01732-SEP)

---

## MANDATE

In accordance with the judgment of June 4, 2026, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 27, 2026

Clerk, U.S. Court of Appeals, Eighth Circuit