**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 26-2141

Syreeta LaShawn McNeal, Esq.

Appellant

v.

Vera L. Calvin

Anthony T. Lofties and Joann A. Jenkins

Appellees

Terence B. Smith

Donovan R. Frison, et al.

Appellees

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:23-cv-01732-SEP)

---

**ORDER**

Appellant's motion for leave to proceed in forma pauperis has been considered by the court and is denied. Appellant is directed to pay the $605 filing fee to the district court on or before November 10, 2026.

October 27, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler