**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

November 6, 2026

Syreeta LaShawn McNeal
Suite 200
3610 Buttonwood Drive
Columbia, MO 65201

RE: 26-2141 Syreeta McNeal v. Vera Calvin, et al

Dear Syreeta McNeal:

Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, **no grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

Susan E. Bindler
Clerk of Court

DAK

Enclosure(s)

cc: Marcella I. Boothe
Clerk, U.S. District Court, Eastern District of Missouri
Avishai Don
Anat Gross
Elad J. Gross
Joann A. Jenkins
Alexander Karden
Anthony T. Lofties
Katherine Marcom
Benjamin D. Margo
Leah Murphy
Alec Jacob Nagel
Michelle Nasser
Brooke Marie Parsons
Bernard J Rhodes

Maurice J. Scott Sr.
Melissa S. Scott-Chase

District Court/Agency Case Number(s): 4:23-cv-01732-SEP

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

---

No. 26-2141

---

Syreeta LaShawn McNeal, Esq.

Plaintiff - Appellant

v.

Vera L. Calvin

Defendant

Anthony T. Lofties; Joann A. Jenkins

Defendants - Appellees

Terence B. Smith

Defendant

Donovan R. Frison; Melissa S. Scott-Chase, also known as Tea Talk With Ya Gyrl (YouTube); Natavia T. Garner; Felicia B. Moore; Google, LLC; YouTube, LLC; TikTok, Inc.; Sierra Moore, 3604 Macomb Street NW Washington, DC 20016, also known as Brown Skyn Gyrl; Marcella I. Boothe, also known as Speak with Your Girl Marcella; Maurice J. Scott, Sr., also known as Maurice Rashene Scott; Carlos R. King, 409 Birkdale Drive Fayetteville, GA 30215; Kingdom Reign Entertainment LLC, Corporation Trust Center,1209 Orange Street, Wilmington, DE 19801; CRK Entertainment INC., 289 South Culver Street, Lawrenceville, GA 30046-4805; AT&T Inc.; Warner Bros. Discovery, Inc.; Oprah Winfrey Network LLC, 330 North Brand Blvd, Glendale, CA 91203; Orlando, FL Police Department, 400 South Orange Ave, Orlando, FL 32801

Defendants - Appellees

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:23-cv-01732-SEP)

---

**JUDGMENT**

Before GRASZ, ERICKSON, and STRAS, Circuit Judges.

This court has reviewed the original file of the United States District Court. It is ordered

by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

The motion to consolidate is denied as moot.

November 6, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler